AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

WILLIAM J. McSORLEY, SR., et al

V.

UNITED STATES OF AMERICA, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-0052-ML-LDA

TO: (Name and address of Defendant)

Kevin S. Palumbo, M.D., serve in hand at 33 Staniford Street,
Providence, RI, 02905 (421-8800)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Aram R. Schefrin
Lovett Schefrin Harnett
155 South Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Duke
Chief Deputy Clerk

CLERK

2-7-07

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2 8 07 |
| NAME OF SERVER (PRINT) Richard Bourque | TITLE Fed Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 33 StanFord St Prov. RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-8 07
Date

Richard Bourque
Signature of Server

RICHARD A BOURQUE
~~CONSTABLE~~ Federal Process Server
75 HOLBURN AVE
CRANSTON RI 02910

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.