**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY** | |
| **V.** | **C.A. NO.: 07-052ML** |
| **UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., Alias; THEODORE C. PAULUMBO, M.D., Alias; THEODORE C. PALUMBO, M.D., INC., Alias; UNIVERSITY GASTROENTEROLOGY, INC., Alias; ROBERT D. SIDMAN, M.D., Alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, Alias; and RHODE ISLAND HOSPITAL, Alias** | |

**ENTRY OF APPEARANCE**

I, William F. White, Esq., hereby enter my appearance on behalf of Defendant, University Gastroenterology, Inc.

DEFENDANT, UNIVERSITY GASTROENTEROLOGY, INC.,
By its Attorneys,

WHITE, CARLIN & KELLY, P.C.

William F. White, Esq. (#4271)
155 Westminster Street, 7th Floor
The Westminster Square Building
Providence, RI 02903
(401)273-1400 / (401)273-1177 - fax

## Certification

I hereby certify that a true and accurate copy of the within was mailed, postage pre-paid, on the 15th day of February 2007 to:

Aram R. Schefrin, Esq.
Lovett, Schefrin & Harnett
155 South Main Street
Providence, RI 02903

Francis A. Connor III, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

Kathryn Lafontaine

0890.eoa