**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY** | : | |
| | : | **C.A. NO.: 07-052ML** |
| **V.** | : | |
| **UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., Alias; THEODORE C. PAULUMBO, M.D., Alias; THEODORE C. PALUMBO, M.D., INC., Alias; UNIVERSITY GASTROENTEROLOGY, INC., Alias; ROBERT D. SIDMAN, M.D., Alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, Alias; and RHODE ISLAND HOSPITAL, Alias** | : | |

**ENTRY OF APPEARANCE**

I, William F. White, Esq., hereby enter my appearance on behalf of Defendant, University Gastroenterology, Inc.

DEFENDANT, UNIVERSITY GASTROENTEROLOGY, INC.,
By its Attorneys,

WHITE, CARLIN & KELLY, P.C.

/s/William F. White
William F. White, Esq. (#4271)
155 Westminster Street, 7th Floor
The Westminster Square Building
Providence, RI 02903
(401)273-1400 / (401)273-1177 - fax

**Certification**

I hereby certify that a copy of the within filed through the ECF system, will be sent electronically on 21 February 2007 to:

Aram R. Schefrin, Esq.
arams@adelphia.net

Francis A. Connor III, Esq.
fconnor@tdbgllp.com

Michael G. Sarli, Esq.
mgs@gsm-law.com

/s/ William F. White
White, Carlin & Kelly, P.C.
155 Westminster Street, Suite 740
Providence, RI 02903

0890.eoa