UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR.,
Individually and as Administrator of the
Estate of CAROLE ANN MCSORLEY,
Plaintiff,
v.
UNITED STATES OF AMERICA;
KEVIN S. PALUMBO, M.D., alias;
THEODORE C. PALUMBO, M.D., alias;
THEODORE C. PALUMBO, M.D.,
INC., alias; UNIVERSITY
GASTROENTEROLOGY, INC., alias;
ROBERT D. SIDMAN, M.D., alias;
UNIVERSITY EMERGENCY
MEDICINE FOUNDATION, alias; and
RHODE ISLAND HOSPITAL, alias,
Defendants.

C.A. No. 07-052ML

## NOTICE OF APPEARANCE

We, Francis A. Connor, III and Andrew C. Coulam, enter our appearances on behalf of the defendants, Theodore C. Palumbo, M.D. and Theodore C. Palumbo, M.D., Inc., in connection with the above-captioned matter. Francis A Connor, III will serve as lead counsel for the defendants and asks that the Court send him notices regarding the above-captioned matter pursuant to Local Rule 206(c)(1).

Date: February 28, 2007
/s/ Andrew C. Coulam

Andrew C. Coulam, Esq.
R.I. Bar No. 6884
acoulam@taylorduane.com

Francis A. Connor, III
R.I. Bar No. 4640
fconnor@taylorduane.com

TAYLOR, DUANE, BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 (fax)

## CERTIFICATE OF SERVICE

I, Andrew C. Coulam, hereby certify that on February 28, 2007, I served a true and accurate copy of the following:

1. Stipulation

by CM/ECF electronic mail notification, to the following individuals listed on the Electronic Mail Notice List for the above matter:

Michael G. Sarli
mgs@gsm-law.com

Aram Robert Schefrin
arams@adelphia.net

William F. White
wwhite@wck-law.com

/s/ Andrew C. Coulam
Andrew C. Coulam