301135

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY,
Plaintiff,

v.

UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., alias; THEODORE C. PALUMBO, M.D., alias; THEODORE C. PALUMBO, M.D., INC., alias; UNIVERSITY GASTROENTEROLOGY, INC., alias; ROBERT D. SIDMAN, M.D., alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, alias; and RHODE ISLAND HOSPITAL, alias,
Defendants.

C.A. No. 07-052ML

## STIPULATION

The plaintiff, William J. McSorley, Sr., and the defendants, Theodore C. Palumbo, M.D. and Theodore C. Palumbo, M.D., Inc. hereby stipulate that the time within which the defendants, Theodore C. Palumbo, M.D. and Theodore C. Palumbo, M.D., Inc. must respond to the plaintiff's Complaint has been extended to include **April 13, 2007**.

The plaintiff,
William J. McSorley, Sr.,
By his attorney,

Aram R. Schefrin, Esq.
R.I. Bar No. 2066
Lovett Schefrin Harnett
155 South Main Street
Providence, RI 02903
401-863-8800
401-863-8938/facsimile

The defendants,
Theodore C. Palumbo, M.D. and
Theodore C. Palumbo, M.D., Inc.,
By their attorneys,

Francis A. Connor, III
R.I. Bar No. 4640
Andrew C. Coulam
R.I. Bar No. 6884
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
401-273-2904/facsimile

## CERTIFICATE OF SERVICE

I, Andrew C. Coulam, hereby certify that on February 28, 2007, I served a true and accurate copy of the following:

1. Notice of Appearance

by CM/ECF electronic mail notification, to the following individuals listed on the Electronic Mail Notice List for the above matter:

Michael G. Sarli
mgs@gsm-law.com

Aram Robert Schefrin
arams@adelphia.net

William F. White
wwhite@wck-law.com

/s/Andrew C. Coulam
Andrew C. Coulam