UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY, Plaintiff | |
| | C.A. No.: 07-052 ML |
| v. | |
| UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., Alias; THEODORE C. PALUMBO, M.D., Alias; THEODORE C. PALUMBO, M.D., INC., Alias; UNIVERSITY GASTROENTEROLOGY, INC., Alias; ROBERT D. SIDMAN, M.D., Alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, Alias; and RHODE ISLAND HOSPITAL, Alias Defendants | |

# ENTRY OF APPEARANCE

I, Seth E. Bowerman, hereby enter my appearance as counsel on behalf of Defendants, Robert D. Sidman, M.D., University Emergency Medicine Foundation, and Rhode Island Hospital, in the above-entitled matter.

Defendants,
Robert D. Sidman, M.D.;
University Emergency Medicine
Foundation; and
Rhode Island Hospital
By Their Attorneys,

BOWERMAN & TAYLOR GUERTIN

Seth E. Bowerman, Esquire (#2604)
One Turks Head Place
Suite 1300
Providence, RI 02903

(401) 277-1300
(401) 277-1119 FAX

**PROOF OF SERVICE**

I hereby certify that on this 5 day of March 2007, that the within was served upon **Aram Schefrin, Esquire**, 155 South Main Street, Suite 200, Providence, RI 02903, **Michael G. Sarli, Esquire,** Gidley Sarli & Marusak, One Turks Head Place, Suite 900 Providence, RI 02903, and **Francis Connor, Esquire**, Taylor Duane Barton & Gilman, 10 Dorrance Street, Providence, RI 02903 at their usual place of business.

**BOWERMAN & TAYLOR GUERTIN**