UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR., Individually
And as Administrator of the Estate of
CAROLE ANN MCSORLEY

v. C.A. NO. 07-052ML

UNITED STATES OF AMERICA,
KEVIN S. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., INC., alias,
UNIVERSITY GASTROENTEROLOGY, INC., alias,
ROBERT D. SIDMAN, M.D., alias,
UNIVERSITY EMERGENCY MEDICINE
FOUNDATION, alias, and RHODE ISLAND
HOSPITAL, alias

**STIPULATION**

By agreement of the parties, plaintiffs shall have until May 14, 2007, to file or otherwise respond to answers to interrogatories and responses to request for production of defendant, University Gastroenterology, Inc.

/s_Aram R. Schefrin____________________
Aram R. Schefrin, Esq. (#2066)
Lovett Schefrin Harnett
155 South Main Street
Providence, RI 02903
(401) 863-8800

/s_William F. White___________________
William F. White, Esq. (#4271)
White Carlin & Kelly
155 Westminster Street, 7th Floor
Providence, RI 02903
(401) 273-1177

Dated:

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a copy of the within, by first class mail, postage prepaid, on this 12th day of April, 2007, to the counsel of record:

Seth E. Bowerman, Esq.
Bowerman & TaylorGuertin
1 Turks Head Place, Suite 1300
Providence, RI 02903

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
1 Turks Head Place, Suite 900
Providence, RI 02903

Francis A. Connor, III, Esq.
Taylor Duane Barton & Gilman
10 Dorrance Street
Providence, RI 02903

William F. White, Esq.
White Carlin & Kelly
155 Westminster Street, 7th Floor
Providence, RI 02903

_Aram R. Schefrin________________________
/s