302535

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR.,
Individually and as Administrator of the
Estate of CAROLE ANN MCSORLEY,
Plaintiff,
v.
UNITED STATES OF AMERICA;
KEVIN S. PALUMBO, M.D., alias;
THEODORE C. PALUMBO, M.D., alias;
THEODORE C. PALUMBO, M.D.,
INC., alias; UNIVERSITY
GASTROENTEROLOGY, INC., alias;
ROBERT D. SIDMAN, M.D., alias;
UNIVERSITY EMERGENCY
MEDICINE FOUNDATION, alias; and
RHODE ISLAND HOSPITAL, alias,
Defendants.

C.A. No. 07-052ML

**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS THEODORE C. PALUMBO, M.D. AND THEODORE C. PALUMBO, M.D., INC. MUST RESPOND TO PLAINTIFF'S COMPLAINT**

The plaintiff, William J. McSorley, Sr., and the defendants, Theodore C. Palumbo, M.D. and Theodore C. Palumbo, M.D., Inc., hereby stipulate that the time within which the defendants, Theodore C. Palumbo, M.D. and Theodore C. Palumbo, M.D., Inc., must respond to the plaintiffs' Complaint has been extended to include **May 13, 2007**.

The plaintiff, William J. McSorley, Sr.,
By his Attorney,

Aram R. Schefrin, Esq.
R.I. Bar. No. 2066
Lovett Schefrin Harnett
155 South Main Street
Providence, RI 02903

The defendants, Theodore C. Palumbo, M.D. and Theodore C. Palumbo, M.D., Inc.,
By their attorneys,

Francis A. Connor, III
R.I. Bar No. 4640
Andrew C. Coulam
R.I. Bar No. 6884
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

# CERTIFICATE OF SERVICE

I, Andrew C. Coulam, hereby certify that on April 25, 2007, I served a true and accurate copy of the following:

1. Stipulation to extend time within which Defendants Theodore C. Palumbo, M.D. and Theodore C. Palumbo, M.D., Inc. must respond to Plaintiff's Complaint

by CM/ECF electronic mail notification, to the following individuals listed on the Electronic Mail Notice List for the above matter:

Michael G. Sarli
mgs@gsm-law.com

Aram Robert Schefrin
arams@adelphia.net

William F. White
wwhite@wck-law.com

Seth E. Bowerman
seb@bowermantaylor.com

/s/ Andrew C. Coulam
Andrew C. Coulam