UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR., Individually
And as Administrator of the Estate of
CAROLE ANN MCSORLEY

v. C.A. NO. 07-052ML

UNITED STATES OF AMERICA,
KEVIN S. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., INC., alias,
UNIVERSITY GASTROENTEROLOGY, INC., alias,
ROBERT D. SIDMAN, M.D., alias,
UNIVERSITY EMERGENCY MEDICINE
FOUNDATION, alias, and RHODE ISLAND
HOSPITAL, alias

**STIPULATION**

By agreement of the parties, plaintiffs shall have until May 9, 2007, to file or otherwise respond to interrogatories and requests for production of defendant, Kevin Palumbo, M.D.

_/s/ Aram R. Schefrin__________________
Aram R. Schefrin, Esq. (#2066)
Lovett Schefrin Harnett
155 South Main Street
Providence, RI 02903
(401) 863-8800

/s/Michael G. Sarli__________________
Michael G. Sarli, Esq. (#2719)
Gidley, Sarli & Marusak
1 Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644

Dated:

**CERTIFICATION**

I, the undersigned, hereby certify that I caused to be electronically filed and mailed via ECF a copy of the within, on this 27th day of April, 2007, to the counsel of record:

Seth E. Bowerman, Esq. (seb@bowermantaylor.com)
Bowerman & TaylorGuertin
1 Turks Head Place, Suite 1300
Providence, RI 02903

Michael G. Sarli, Esq. (mgs@gsm-law.com)
Gidley, Sarli & Marusak
1 Turks Head Place, Suite 900
Providence, RI 02903

William F. White, Esq. (wwhite@wck-law.com)
White Carlin & Kelly
155 Westminster Street, 7th Floor
Providence, RI 02903

Adi Goldstein, Esq. (adi.goldstein@usdoj.gov)
Assistant United States Attorney
United Staes Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017

_Aram R. Schefrin_________________________
/s/