UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR., Individually
And as Administrator of the Estate of
CAROLE ANN MCSORLEY

v. C.A. NO. 07-052ML

UNITED STATES OF AMERICA,
KEVIN S. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., INC., alias,
UNIVERSITY GASTROENTEROLOGY, INC., alias,
ROBERT D. SIDMAN, M.D., alias,
UNIVERSITY EMERGENCY MEDICINE
FOUNDATION, alias, and RHODE ISLAND
HOSPITAL, alias

**STIPULATION**

By agreement of the parties, plaintiffs shall have until May 14, 2007, to file or otherwise respond to answers to interrogatories and responses to request for production of defendant, Rhode Island Hospital.

/s/Aram R. Schefrin___________________
Aram R. Schefrin, Esq. (#2066)
Lovett Schefrin Harnett
155 South Main Street
Providence, RI 02903
(401) 863-8800
arams@adelphia.net

_/s/Seth E. Bowerman_____________
Seth E. Bowerman, Esq. (#2604)
Bowerman & Taylor Guertin, P.C.
1 Turks Head Place, Suite 1300
Providence, RI 02903
(401) 277-1300

Dated: May 3, 2007

**CERTIFICATION**

I, the undersigned, hereby certify that I filed with the Court and e-mailed a copy of the within, via ECF, on this 3rd day of May, 2007, to the counsel of record:

Seth E. Bowerman, Esq.
Bowerman & TaylorGuertin
1 Turks Head Place, Suite 1300
Providence, RI 02903
seb@bowermantaylor.com

Francis A. Connor, III, Esq.
Andrew C. Coulam, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance St., Ste. 700
Providence, RI 02903

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
1 Turks Head Place, Suite 900
Providence, RI 02903
mgs@gsm-law.com

William F. White, Esq.
White Carlin & Kelly
155 Westminster Street, 7th Floor
Providence, RI 02903
wwhite@wck-law.com

Adi Goldstein, Esq.
Assistant United States Attorney
United Staes Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017
adi.goldstein@usdoj.gov

/s/Aram R. Schefrin___________