UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR., Individually
And as Administrator of the Estate of
CAROLE ANN MCSORLEY

v. C.A. NO. 07-052ML

UNITED STATES OF AMERICA,
KEVIN S. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., INC., alias,
UNIVERSITY GASTROENTEROLOGY, INC., alias,
ROBERT D. SIDMAN, M.D., alias,
UNIVERSITY EMERGENCY MEDICINE
FOUNDATION, alias, and RHODE ISLAND
HOSPITAL, alias

**PLAINTIFF'S RULE 16 STATEMENT**

This is a medical malpractice and wrongful death action brought pursuant to the Federal Tort Claims Act (as to defendant United States) and R.I.G.L. Sec. 10-7-1 et seq. (as to all defendants) on behalf of the Estate of Carole McSorley and on behalf of her husband, William McSorley, for loss of consortium. This action is in part against the United States because Carole McSorley received treatment, alleged by plaintiff to have been negligent, at the Newport Naval Hospital in Newport, R.I. The other defendants are in this case pursuant to this Court's pendant jurisdiction.

The doctor who (relevantly) saw plaintiff's decedent at Newport Naval Hospital was Dr. David Tomlinson, who practiced at the Naval Ambulatory Care Center. Ms. McSorley was able to receive care at that facility because her husband William is a retired Navy Senior Master Sergeant.

On November 20, 2003, Ms. McSorley presented to Dr. Tomlinson with complaints of chronic diarrhea, abdominal pain and nausea and the beginnings of a significant weight loss which continued through the periods of treatment set out hereafter. He referred her to defendant gastroenterologist Dr. Kevin S. Palumbo, a civilian physician. On December 18, 2003, she saw Dr. Palumbo, who arrived at an IBS diagnosis. In January, 2004, Ms. McSorley underwent several diagnostic procedures either done by or ordered by Dr. Kevin Palumbo.

On February 19, 2004 Carole presented to the Naval Hospital. She had lost an additional six pounds. Her diagnoses were IBS, GERD, and anxiety. Diverticulosis was also mentioned as a historical problem, but was not included in the assessment. Seven days later she had a nutritional consultation at the Naval Hospital, at which time it was noted she vomited every month and had diarrhea daily with three to six bowel movements per day, as well as a fifteen pound weight loss in past three months, i.e., since December, 2003. On March 2, 2004, Carole saw Dr. Tomlinson again, reporting what she thought was a terrible reaction to Nexium. Assessments at this time included GERD and something else which may be diverticulosis or diverticulitis, but which cannot be read. She returned to the Naval Hospital on June 29, 2004 and was seen by Dr. Kristin Fielding, as Dr. Tomlinson was on leave. Her weight was down another four pounds. Dr. Fielding's assessment was anxiety disorder.

On August 18, 2004, Carole presented to Dr. Tomlinson with abdominal pain. She had lost another four and a half pounds. Ten days later, Carole presented to the defendant Rhode Island Hospital's emergency room with complaints of severe abdominal pain for a week or ten days and diarrhea for twenty four hours. The attending physician, Dr. Sidman, tried to call Dr. Tomlinson and Dr. Palumbo, but couldn't reach them. However, he reached defendant Dr. Theodore Palumbo, who was the partner of Kevin Palumbo. This Dr. Palumbo told the ER physician to tell Carole to take Pepto Bismol. The diagnosis was IBS, abdominal pain and mild dehydration. Carole was allowed to leave the hospital without a CT scan or KUB being done.

On August 30, 2004 Carole's husband telephoned the Naval Center and informed them that her abdominal cramping had returned since the ER visit two days earlier. The records indicate Dr. Tomlinson verified that a nurse would return the call, and did not recommend immediate hospitalization. He called Dr. Tomlinson again on August 31, reporting that Carole had been seen at Rhode Island Hospital and by Dr. Palumbo, and that renewal of her GI referral was necessary before several tests could be performed.

On August 31, 2004 a gallbladder ultrasound was done. It was noted that the pancreas could not be evaluated due to overlying bowel. On the same day, Carole saw Dr. Kevin Palumbo. She had lost twenty pounds since her last visit. A broad differential diagnosis included gastroenteritis and possible diverticulitis. It was recommended that other intra-abdominal processes should be evaluated including hepatobiliary/pancreatic etiology. Dr. Palumbo intended to obtain the reports of the ER workup of August 28, 2004, as well as blood work and a CT scan

of the abdomen/pelvis. None of this was ordered urgently, however. A CT scan appointment was set for September 3 at Rhode Island Hospital.

On September 3, 2004, Carole presented for the CT scan, but Dr. Palumbo had not provided her with the required preparatory liquid or a prescription for it. The radiology department phoned Dr. Palumbo and then gave Carole the preparatory liquid, rescheduling the CT scan for September 9. She did, however, have labwork done. Later that day, Carole's symptoms worsened. Her husband called Dr. Palumbo's office and was told that she could not be seen since it was the Friday before Labor Day.

Carole died at home early on September 6, 2004. An autopsy revealed a weight of 87 pounds, stated the cause of death as fecal peritonitis due to perforated right colonic diverticuli due to diverticulitis, and sealing of fibrinous adhesions.

It is plaintiff's contention that the defendants misdiagnosed and mistreated Ms. McSorley, failing to meet applicable standards of care. The diagnosis of IBS (irritable bowel syndrome) was improperly made, as other possible (and more dangerous) abdominal diagnoses had not been ruled out, and lab test data suggested complicated diverticulitis. Diverticulitis is an inflammation and/or infection of a diverticulum (a small pouch in the colon), usually accompanied by fever, abdominal pain, diarrhea or constipation, decreased appetite and weight loss, most of which Mrs. McSorley showed since November, 2003. The required treatment for diverticulitis is antibiotics and, often, hospitalization for IV antibiotics and/or surgery. If this treatment is not performed, diverticuli can perforate causing fecal peritonitis and death, as happened here.

A CT scan with contrast is the initial imaging test for patients with suspected diverticulitis, particularly when moderately severe disease or abscess is anticipated. It should have been performed, at the latest, immediately after August 18, 2004. A KUB should have been performed in the same time frame, and was not. If an adequate workup for diverticulitis had been done at any point, Carole could have been hospitalized immediately for surgery, which would have saved her life.

The legal issues presented are standard for medical malpractice. Additionally, had plaintiff been informed there was a risk that she could have diverticulitis and that diverticulitis could result in her death, and that it was important that diverticulitis be ruled out by having emergent CT scan and/or surgical consultation and/or antibiotics, she would not have consented

to the course of treatment provided by the defendants. Some defendants have raised the defense of the statute of limitations.

Respectfully Submitted,

_/s/ Aram R. Schefrin____________________

Aram R. Schefrin (#2066)
Plaintiff's Attorney
LOVETT SCHEFRIN HARNETT
155 South Main Street
Providence, RI 02903
(401) 863-8800
(401) 863-8938 Fax
arams@adelphia.net

**CERTIFICATION**

I, the undersigned, hereby certify that I filed with the Court and e-mailed a copy of the within, via ECF, on this 7th day of May, 2007, to the counsel of record:

Seth E. Bowerman, Esq.
Bowerman & TaylorGuertin
1 Turks Head Place, Suite 1300
Providence, RI 02903
seb@bowermantaylor.com

Francis A. Connor, III, Esq.
Andrew C. Coulam, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance St., Ste. 700
Providence, RI 02903
fconnor@taylorduane.com

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
1 Turks Head Place, Suite 900
Providence, RI 02903
mgs@gsm-law.com

William F. White, Esq.
White Carlin & Kelly
155 Westminster Street, 7th Floor
Providence, RI 02903
wwhite@wck-law.com

Adi Goldstein, Esq.
Assistant United States Attorney
United Staes Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017
adi.goldstein@usdoj.gov

/s/Aram R. Schefrin, Esq.