UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. MCSORLEY, SR., et. al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. NO: 07-52ML |
| | ) | |
| UNITED STATES OF AMERICA, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE

I hereby withdraw my appearance as counsel for Defendant, United States of America, in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA,
Defendant.

ROBERT CLARK CORRENTE
United States Attorney

/s/ Adi Goldstein
ADI GOLDSTEIN, #6701
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: adi.goldstein@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 5th day of June, 2007, I electronically filed the within Notice of Withdrawal of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Aram R. Schefrin, Esq.
Lovett Schefrin Harnett
155 South Main Street
Providence, RI 02903

/s/ Adi Goldstein
ADI GOLDSTEIN, #6701
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: adi.goldstein@usdoj.gov