UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR., Individually
And as Administrator of the Estate of
CAROLE ANN MCSORLEY

v. C.A. NO. 07-052ML

UNITED STATES OF AMERICA,
KEVIN S. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., INC., alias,
UNIVERSITY GASTROENTEROLOGY, INC., alias,
ROBERT D. SIDMAN, M.D., alias,
UNIVERSITY EMERGENCY MEDICINE
FOUNDATION, alias, and RHODE ISLAND
HOSPITAL, alias

**STIPULATION**

By agreement of the parties, Defendant, Kevin S. Palumbo, M.D., shall have until July 30, 2007, to file or otherwise respond to Plaintiff's interrogatories.

/s/ AramR. Schefrin #2066
Lovett Schefrin Harnet
155 South Main Street
Providence, RI 02903
Tel: (401) 863-8800
Fax: (401) 863-8938

/s/ Michael G. Sarli #2719
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place
Suite 900
Providence, Rhode Island 02903
Tel: (401) 274-6644
Fax: (401) 331-9304
email: mgs@gsm-law.com

**CERTIFICATION**

This document has been filed electronically, and it is available for viewing and downloading from the ECF system. I hereby certify that on the 25th day of June, 2007, a true and accurate copy of the within was mailed first class, postage pre-paid to the counsel of record listed below:

William F. White, Esq.
White, Carlin & Kelly, P.C.
155 Westminster Street, 7th Floor
Westminster Square Building
Providence, RI 02903

Francis A. Connor, III, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance Street
Providence, RI 02903

Seth E. Bowerman, Esq.
Bowerman & Taylor Guertin, P.C.
One Turks Head Place
Suite 1300
Providence, RI 02903

Adi Goldstein, Esq.
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Michael G. Sarli_______________