UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR., Individually
And as Administrator of the Estate of
CAROLE ANN MCSORLEY

v. C.A. NO. 07-052ML

UNITED STATES OF AMERICA,
KEVIN S. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., INC., alias,
UNIVERSITY GASTROENTEROLOGY, INC., alias,
ROBERT D. SIDMAN, M.D., alias,
UNIVERSITY EMERGENCY MEDICINE
FOUNDATION, alias, and RHODE ISLAND
HOSPITAL, alias

**STIPULATION**

By agreement of the parties, plaintiffs shall have until July 25, 2007, to file or otherwise respond to interrogatories and requests for production of defendant, Theodore C. Palumbo, M.D.

/s/ Aram R. Schefrin

Aram R. Schefrin, Esq. (#2066)
Lovett Schefrin Harnett
155 South Main Street
Providence, RI 02903
(401) 863-8800

/s/ Andrew C. Coulam

Andrew C. Coulam, Esq. (#6884)
Taylor Duane Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171

Dated: July 3, 2007

# CERTIFICATION

I, the undersigned, hereby certify that I caused to be electronically filed and mailed via ECF a copy of the within, on this 3rd day of July, 2007, to the counsel of record:

Seth E. Bowerman, Esq. (seb@bowermantaylor.com)
Bowerman & TaylorGuertin
1 Turks Head Place, Suite 1300
Providence, RI 02903

Michael G. Sarli, Esq. (mgs@gsm-law.com)
Gidley, Sarli & Marusak
1 Turks Head Place, Suite 900
Providence, RI 02903

William F. White, Esq. (wwhite@wck-law.com)
White Carlin & Kelly
155 Westminster Street, 7th Floor
Providence, RI 02903

Richard Myrus, Esq. (richard.myrus@usdoj.gov)
Assistant United States Attorney
United Staes Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Andrew C. Coulam, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903

Aram R. Schefrin
/s/