UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR., Individually
And as Administrator of the Estate of
CAROLE ANN MCSORLEY

v. C.A. NO. 07-052ML

UNITED STATES OF AMERICA,
KEVIN S. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., INC., alias,
UNIVERSITY GASTROENTEROLOGY, INC., alias,
ROBERT D. SIDMAN, M.D., alias,
UNIVERSITY EMERGENCY MEDICINE
FOUNDATION, alias, and RHODE ISLAND
HOSPITAL, alias

**MOTION TO COMPEL DEFENDANT, UNIVERSITY GASTROENTEROLGY, INC.'S ANSWER TO INTERROGATORY NO. 12**

Now comes the plaintiff, and hereby moves this Honorable Court to compel the defendant, University Gastroenterology, Inc., to answer plaintiff's Interrogatory No. 12 on the following grounds:

12. Identify the name, address and phone number of all employees, staff, and/or independent contractors (also including answering services) of University Gastroenterology, Inc., between the time frame of December 2003 through October 2004.

**ANSWER:** An objection is interposed upon the advice of counsel insofar as this interrogatory is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE SOUGHT: Plaintiff seeks an answer to this interrogatory, specifically as to the name, address and telephone number of all persons employed by or working at University Gastroenterology during the time frame of December 2003 and October 2004. Specifically, plaintiff seeks this information as to persons who answered the phones for University Gastroenterology or may have had contact, personal or oral, with Carole Ann McSorley or William J. McSorley, Sr. This is**

**including but not limited to nurses, nurse practitioners, medical assistants, secretaries, assistants and receptionists.**

**Plaintiff's decedent, Carole Ann McSorley, was provided medical treatment at University Gastroenterology during the requested time frame. Following plaintiff's death in September 2004, William J. McSorley was also in contact with the aforesaid defendant's office. The information sought is directly relevant to this instant matter and is material and reasonably calculated to lead to the discovery of admissible evidence. Withholding the requested information is hindering discovery.**

Wherefore, plaintiff prays this Honorable Court grant plaintiff's motion, and issue an Order compelling the information sought within twenty (20) days from the date of this motion.

By Plaintiff's Attorney,

_/s/ Aram R. Schefrin_________________

Aram R. Schefrin (#2066)
LOVETT SCHEFRIN HARNETT
155 South Main Street
Providence, RI 02903
(401) 863-8800
(401) 863-8938 Fax

**CERTIFICATE OF ATTORNEY**

I hereby certify that I made a good faith effort by conferring and/or attempting to confer with opposing counsel to resolve the pending discovery issues raised by the foregoing Motion without court action.

__/s/ Aram R. Schefrin_______________

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a copy of the within, by first class mail, postage prepaid, on the 31st day of July, 2007, and electronically filed via ECF on the 15th day of August to the counsel of record:

Seth E. Bowerman, Esq. (seb@bowermantaylor.com)
Bowerman & TaylorGuertin
1 Turks Head Place, Suite 1300
Providence, RI 02903

Michael G. Sarli, Esq. (mgs@gsm-law.com)
Gidley, Sarli & Marusak
1 Turks Head Place, Suite 900
Providence, RI 02903

William F. White, Esq. (wwhite@wck-law.com)
White Carlin & Kelly
155 Westminster Street, 7th Floor
Providence, RI 02903

Richard Myrus, Esq. (adi.goldstein@usdoj.gov)
Assistant United States Attorney
United Staes Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

__/s/ Aram R. Schefrin_______________