**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY** | : | |
| | : | **C.A. NO.: 07-052ML** |
| **V.** | : | |
| **UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., Alias; THEODORE C. PAULUMBO, M.D., Alias; THEODORE C. PALUMBO, M.D., INC., Alias; UNIVERSITY GASTROENTEROLOGY, INC., Alias; ROBERT D. SIDMAN, M.D., Alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, Alias; and RHODE ISLAND HOSPITAL, Alias** | : | |

**DEFENDANT, UNIVERSITY GASTROENTEROLOGY, INC.'S, OBJECTION TO PLAINTIFFS' MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORY NO. 12**

Now comes Defendant, Women & Infants' Hospital, and hereby objects to Plaintiffs' motion to compel a more responsive answer to interrogatory no. 12 in the above-captioned matter.

DEFENDANT, UNIVERSITY GASTROENTERLOGY, INC,
By its Attorneys,

WHITE, CARLIN & KELLY, P.C.

/s/William F. White
William F. White, Esq. (#4271)
155 Westminster Street, 7th Floor
The Westminster Square Building
Providence, RI 02903
(401)273-1400/(401)273-1177 - fax

**Certificate of Service**

I, William F. White, hereby certify that a copy of the within filed through the ECF system, will be sent electronically on 17 August 2007 to:

Aram R. Schefrin, Esq.
Lovett, Schefrin & Harnett
155 South Main Street
Providence, RI 02903

Francis A. Connor III, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

_____________________________

0890.obj.mtcmrai.doc