RECEIVED
AUG 27 2007
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR., Individually
And as Administrator of the Estate of
CAROLE ANN MCSORLEY

v. C.A. NO. 07-052ML

UNITED STATES OF AMERICA,
KEVIN S. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., INC., alias,
UNIVERSITY GASTROENTEROLOGY, INC., alias,
ROBERT D. SIDMAN, M.D., alias,
UNIVERSITY EMERGENCY MEDICINE
FOUNDATION, alias, and RHODE ISLAND
HOSPITAL, alias

**ORDER**

The above-captioned matter was set down to be heard before this Honorable Court on August 28, 2007, the Honorable Magistrate Almond presiding, on plaintiff's motion to compel defendant, University Gastroenterology, Inc., to answer plaintiff's Interrogatory No. 12.

By agreement of the parties, it is hereby **ORDERED:**

1. Plaintiff's motion is granted in part. The defendant shall supply the requested information, more specifically, information as to persons who answered the phones for University Gastroenterology or may have had contact, personal or oral, with Carole Ann McSorley or William J. McSorley, Sr., including but not limited to nurses, nurse practitioners, medical assistants, secretaries, assistants and receptionists, for the time frame of **June 2004 through October 2004.** Said defendant will supply the requested information within thirty (30) days, or by September 28, 2007.

ENTER:

USMJ

PER ORDER:

DATED:

Presented by:

Christopher M. Rawson, Esquire [#5191]
**LOVETT SCHEFRIN HARNETT**
155 South Main Street
Providence, RI 02903
(401) 863-8800
(401) 863-8938 – *facsimile*

## CERTIFICATION

I, the undersigned, hereby certify that I mailed a copy of the within, by first class mail, postage prepaid, on this 27th day of August, 2007, to the counsel of record:

Seth E. Bowerman, Esq.
Bowerman & TaylorGuertin
1 Turks Head Place, Suite 1300
Providence, RI 02903

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
1 Turks Head Place, Suite 900
Providence, RI 02903

William F. White, Esq.
White Carlin & Kelly
155 Westminster Street, 7th Floor
Providence, RI 02903

Richard Myrus, Esq.
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017

Francis A. Connor, III, Esq.
Andrew C. Coulam, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance St., Ste. 700
Providence, RI 02903

Denise M. Clarke