306215

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY,
Plaintiff,

v.

UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., alias; THEODORE C. PALUMBO, M.D., alias; THEODORE C. PALUMBO, M.D., INC., alias; UNIVERSITY GASTROENTEROLOGY, INC., alias; ROBERT D. SIDMAN, M.D., alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, alias; and RHODE ISLAND HOSPITAL, alias,
Defendants.

C.A. No. 07-052ML

**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANT THEODORE C. PALUMBO, M.D. MUST RESPOND TO PLAINTIFF'S INTERROGATORIES**

The plaintiff, William J. McSorley, Sr., and the defendant, Theodore C. Palumbo, M.D., hereby stipulate that the time within which the defendant, Theodore C. Palumbo, M.D., must respond to the plaintiffs' interrogatories has been extended to include **October 1, 2007.**

The plaintiff, William J. McSorley, Sr.,
By his Attorney,

Aram R. Schefrin, Esq.
R.I. Bar. No. 2066
Lovett Schefrin Harnett
155 South Main Street
Providence, RI 02903

The defendant, Theodore C. Palumbo, M.D.,
By his attorneys,

Francis A. Connor, III
R.I. Bar No. 4640
Andrew C. Coulam
R.I. Bar No. 6884
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

**CERTIFICATE OF SERVICE**

I, Andrew C. Coulam, attorney for defendant Theodore C. Palumbo, M.D., hereby certify that on September 19, 2007, I electronically filed a true and accurate copy of the foregoing:

1. Stipulation to Extend Time Within Which Defendant Theodore C. Palumbo, M.D. Must Respond to Plaintiff's Interrogatories

By electronic notice, to:

Aram R. Schefrin, Esq.
aschefrin@comcast.net; dclarke@lovettlaw.com

Willam F. White, Esq.
wwhite@wck-law.com; mquadros@wck-law.com; calard@wck-law.com

Seth E. Bowerman, Esq.
seb@bowermantaylor.com

Michael G. Sarli, Esq.
mgs@gsm-law.com

Richard Myrus
Richard.Myrus@USDOJ.gov; nancy.a.diquinzio@usdiquinzio@usdoj.gov; dulce.donovan@usdoj.gov

/s/ Andrew C. Coulam
Andrew C. Coulam