UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR.,
Individually and as Administrator of the
Estate of CAROLE ANN MCSORLEY,
Plaintiff

v. C.A. No. 07-cv-0052-ML-LDA

UNITED STATES OF AMERICA;
KEVIN S. PALUMBO, M.D., alias;
THEODORE C. PALUMBO, M.D., alias;
THEODORE C. PALUMBO, M.D.,
INC., alias; UNIVERSITY
GASTROENTEROLOGY, INC., alias;
ROBERT D. SIDMAN, M.D., alias
UNIVERSITY EMERGENCY
MEDICINE FOUNDATION, alias; and
RHODE ISLAND HOSPITAL, alias,
Defendants

**NOTICE TO TAKE DEPOSITION**

Please take notice that pursuant to R.Civ.P. 30, the testimony upon oral examination Robert Sidman, M.D. will be taken before a Notary Public or before some other person authorized by law to administrator oath at the law offices of Lovett, Schefrin & Harnett, 155 South Main Street, Providence, Rhode Island at **2:00 PM ON MONDAY, January 14, 2008**. The oral examination will continue from day to day until completed and is being taken on behalf of the defendant. You are invited to attend and cross-examine.

By Plaintiff's Attorney,

#5191 for

Aram R. Schefrin (2066)
LOVETT SCHEFRIN HARNETT
155 South Main Street
Providence, RI 02903
(401) 863-8800
(401) 863-8938 Fax

**CERTIFICATION**

I, the undersigned, herby certify that I mailed a copy of the within by the first class mail, postage prepaid, to Richard Myrus, Esq., UNITED STATES ATTORNEY'S OFFICE, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903., Seth E. Bowerman, Esq., BOWERMAN & TAYLOR – GUERTIN, P.C., 1 Turks Head Pl., Ste. 1300, Providence, RI 02903; William F. White, Esquire, WHITE CARLIN KELLY, 155 Westminister Street, 7th Floor, Providence, RI 02903; Michael G. Sarli, Esquire, GIDLEY, SARLI & MURUSAK, One Turks Head Place, Suite 900, Providence, RI 02903; and John J. Barton, Esquire, TAYLOR DUANE BARTON & GILMAN, Ten Dorrance Street, Suite 700, Providence, RI 02903, on this 7th day of November, 2007.