UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY, Plaintiff | : | |
| VS. | : | C.A. No. 07-cv-0052-ML-LDA |
| UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., alias; THEODORE C. PALUMBO, M.D., alias; THEODORE C. PALUMBO, M.D., INC., alias; UNIVERSITY GASTROENTEROLOGY, INC., alias; ROBERT D. SIDMAN, M.D., alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, alias; and RHODE ISLAND HOSPITAL, alias, Defendants | : | |

**PLAINTIFF'S OBJECTION TO MOTION OF DEFENDANTS KEVIN S. PALUMBO, M.D., THEORDORE C. PALUMBO, M.D., THEODORE C. PALUMBO, M.D., INC., UNIVERSITY GASTROENTEROLOGY, INC., ROBERT D. SIDMAN, M.D., UNIVERSITY EMERGENCY MEDICINE FOUNDATION, AND RHODE ISLAND HOSPITAL PURSUANT TO RULE 37 TO IMPOSE SANCTIONS FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S PRETRIAL ORDER**

The Plaintiff objects to the motion of Defendants Kevin S. Palumbo, M.D., Theodore C. Palumbo, M.D., Theodore C. Palumbo, M.D., Inc., University Gastroenterology, Inc., Robert D. Sidman, M.D., University Emergency Medicine Foundation, and Rhode Island Hospital to impose sanctions on Plaintiff pursuant to Rule 37, for reasons set forth in the accompanying memorandum.

The Plaintiff,
By His Attorney,

/s/Aram R. Schefrin
Aram R. Schefrin, Esq.
LOVETT SCHEFRIN HARNETT
155 South Main Street
Providence, RI 02903
401-863-8870
401-863-8938 (facsimile)
aschefrin@comcast.net

**CERTIFICATION**

The undersigned hereby certifies on this _______ day of January, 2008, a copy of the within was delivered electronically to the following:

Seth E. Bowerman, Esq.
Bowerman & Taylor Guertin, P.C.
One Turks Head Place, Ste. 1300
Providence, RI 02903
seb@bowermantaylor.com

William F. White, Esq.
White, Carlin & Kelly, P.C.
155 Westminster Street, 7th Floor
Westminster Square Bldg.
Providence, RI 02903
WWhite@WCK-law.com

Michael Sarli, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Ste. 900
Providence, RI 02903
MGS@GSM.law.com

Andrew Coulam
Taylor Duane Barton & Gilman
10 Dorrance Street, Ste. 700
Providence, RI 02903
ACoulam@Taylorduane.com

Richard Myrus, Esq.

U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Richard.Myrus@USDOJ.gov

/s/aramschefrin___________________________