UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY, Plaintiff | : | |
| VS. | : | C.A. No. 07-cv-0052-ML-LDA |
| UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., alias; THEODORE C. PALUMBO, M.D., alias; THEODORE C. PALUMBO, M.D., INC., alias; UNIVERSITY GASTROENTEROLOGY, INC., alias; ROBERT D. SIDMAN, M.D., alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, alias; and RHODE ISLAND HOSPITAL, alias, Defendants | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S OBJECTION TO MOTION FOR SANCTIONS PURSUANT TO RULE 37**

Defendants have provided the Court with a copy of the document which was submitted to them by Plaintiff, at Exhibit G. We attach a copy hereto as Exhibit A. This document extensively goes through Dr. Hookman's analysis of the medical record, item by item, and states his conclusions as to each, identifying which documents evidence a failure, in Dr. Hookman's opinion, to meet an applicable standard of care, which he also states.

Dr. Hookman then proceeds to a discussion of what the applicable standards of care are, and then why the treatment rendered to Carole McSorley failed to meet those standards. He goes on to cite references in the literature supporting his statements and conclusions. He finally sums up by again stating the ways in which treatment did not

meet applicable standards, arrives at a conclusion of medical negligence, and then provides additional references to the literature.

This is not the situation which existed in *Santiago-Diaz v. Laboratorio Clinico Y De Referencia Del Este and Sara Lopez, M.D.*, 456 F.2d 272 (1st Cir., 2006), where a single page report was submitted. In all, twelve (12) single-faced pages of information were provided here. The Plaintiff has no other written document from Dr. Hookman. The document provided contains a complete statement of all opinions to be expressed and the basis and reasons therefore; the data and other information considered by Dr. Hookman in forming his opinion; and a list of documents (both in the literature and in the medical record) to be used in support of those opinions. The qualifications of the witness had previously been provided in answers to interrogatories (number thirteen (13) in the set of interrogatories attached to Defendants' motion as Exhibit B).

Frankly, we discussed with Dr. Hookman the possibility of his writing a more formal report. He advised us that the report would cost us between four thousand to five thousand dollars ($4,000 - $5,000). In view of the rather large sum we paid to him for his initial review, and the further large sum his anticipated testimony will cost (see Defendants' Exhibit H), we were not able to afford his fee for writing a formal letter.

Nor is this the situation of *Puricelli v. Houston*, 200 WL 760522 (E.D. Pa. June 12, 2000), where that plaintiff failed to respond to defendants' attempts to obtain the reports without resorting to court action. Here, we gave Defendants what we had.

The provision of this document was late for internal reasons which we do not cite as excuses. We believe that Defendants have received all the information available from Dr. Hookman, in the form submitted or in any other form. We also believe that, in view

of the provision of that information, no Defendant has been prejudiced by the form in which it was sent. They now know everything we know.

We recognize that the lateness of the submission warrants some action by this Court. But we urge the Court, in view of the facts outlined above, not to penalize the Plaintiff (as opposed to counsel) by barring the further use of Dr. Hookman.

The Plaintiff,
By His Attorney,

_____________________________

Aram R. Schefrin, Esq.
LOVETT SCHEFRIN HARNETT
155 South Main Street
Providence, RI 02903
401-863-8872
401-863-8938

**CERTIFICATION**

The undersigned hereby certifies on this _______ day of January, 2008, a copy of the within was delivered electronically to the following:

Seth E. Bowerman, Esq.
Bowerman & Taylor Guertin, P.C.
One Turks Head Place, Ste. 1300
Providence, RI 02903
seb@bowermantaylor.com

William F. White, Esq.
White, Carlin & Kelly, P.C.
155 Westminster Street, 7th Floor
Westminster Square Bldg.
Providence, RI 02903
WWhite@WCK-law.com

Michael Sarli, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Ste. 900
Providence, RI 02903

MGS@GSM.law.com

Andrew Coulam
Taylor Duane Barton & Gilman
10 Dorrance Street, Ste. 700
Providence, RI 02903
ACoulam@Taylorduane.com

Richard Myrus, Esq.
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Richard.Myrus@USDOJ.gov

/s/aramschefrin___________________________