NOTES ON CAROLE MCSORLEY

MEDICAL SHORT SUMMARY NOTES:

Ms. McSorley [the patient] was 59 y.o. white female with symptoms of chronic diarrhea, abdominal pain and intermittent nausea. She died at home 9/6/04 w post mortem dx. diverticulitis with fecal peritonitis due to R diverticular perforation [5-6 inches distal to ic jnct] + sealing of fibrinous adhesions[showing chronic-not acute] age of perforation] + ASHD [3 vessel disease].

Trt rendered previously by pmd david tomlinson MD @ Newport Naval Center for hypertension, IBS, diverticulosis, GERD, panic attacks, anxiety.
On 10/31/03 wt-122.Change in meds because of "abd pain/constip"
On 11/10/03 symptoms: p.c. vomiting; left abd pain.went to er but left w/o wkp.
On 11/20/03 symptoms abd pain, nausea, diarrhea. Referred by Dr. Tomlinson for GI consultation to Dr.Kevin Palumbo
On 12/18/03 had GI consultation with gastroenterologist Kevin S. Palumbo MD.
In his report to Dr. Tomlinson he wrote:
"Ms McSorley [the patient] was 59 y.o. white female with symptoms of chronic diarrhea, abdominal pain and intermittent nausea. wt= 117
... has intermittent abdominal pain in the mid epigastric area radiating to the umbilicus with associated nausea and vomiting."
...Lost about 5# ["intentional"]".
He scheduled a screening colonoscopy [because of + family hx colon ca], stool studies, blood lab tests. EGD showed reflux esophagitis.
Dr. K. Palumbo ordered an IBS regimen of diet, increased water intake, fiber and Bentyl. On colonoscopy he found "aphthoid" ulcers in ileum and right colon. He also noted colon diverticula in his 8/31 written report. Also in the 8/31/04 Palumbo's ov written notes he documents that the patient lost 20 # from "her last visit "abd exam + tenderness, diffuse greatest in lower quadrants. diff.dx gastroenteritis; diverticulitis.

On 5/13/04 she had a follow-up evaluation with Dr. Palumbo according to his 8/31/04 letter to Dr. Tomlinson. No further details seen on review.

Dr. Palumbo wrote in his 8/31/04 report to Dr. Tomlinson that the patient developed increased stool frequency 2 weeks ago [~8/15/04] with urgency, increased nausea/vomiting, increased crampy, sharp, abdominal pain "lasting longer than previous" symptoms. He goes on to state that this last episode "prompted an E.R. visit on 8/28/04." ...where she was treated with IV fluids pain medication and Reglan.
"Per record", he states "she has lost 20 #, with a fever of 100.2" In his physical exam he writes that her weight [on 8/31] was 96 ½ # which was"significantly decreased from the 5/4 116 #".
He did not immediately hospitalize the patient.
THIS WAS A MAJOR DSOC

On 9/6/04 the patient died.
@ death wt =87

CHRONOLOGY & COMMENTS:

On 2/23/90 seen at naval center. First Report documented of RLQ abdom pain 1x/week. Phys exam showed RLQ tenderness. Thought to be gyn-adnexal related.

No further wkp till 4/5/02 reviewed.

On 4/5/02 seen at naval center – first mention of "frequent loose stools for 1 year"

On 1/31/03 seen at naval center first mention of "IBS stable." Do not see any prior wkp for IBS to differentiate it from other abdominal syndromes.

On 9/30/03 seen at naval center: wt=124#. Hx of continued panic attacks;
"Diarrhea for past 3 years" attributed to anti-hypertension medication –atenelol [not IBS]

On 11/10/03 seen @ Naval Center having "been bedridden since Friday"...with abdominal pain, nausea and vomiting. Instructed to go to the nearest ER "since this problem is getting progressively worse"
This is a red flag or alarm symptom for which the dx of ibs should not be made, or at least deferred till complete evaluation performed including CT scan to r.o. acute &/or complicated diverticulitis.

Other complications of diverticulitis include development of an abscess or narrowing of the colon (stricture) or perforation. Treatment for diverticulitis (an inflamed or infected diverticulum) requires the use of antibiotics and frequently urgent hospitalization. Surgery may also be needed for cases that don't respond to medical management which includes antibiotics. A temporary colostomy may be required during surgery for complicated diverticulitis with infection, abscess or perforation as developed in Ms. McSorley.

On 11/20/03 symptoms of abd pain, nausea, diarrhea prompted referral by Dr. Tomlinson for GI Consultation to Dr.Kevin Palumbo which was performed on 12/18/03. In his report to Dr. Tomlinson he wrote:
"Ms McSorley [the patient] is a 59 y.o. white female with symptoms of chronic diarrhea, abdominal pain and intermittent nausea. wt= 117......Lost about 5# ["intentional"]". Abdominal pain is in the mid epigastric area radiating to the umbilicus with associated nausea and vomiting."
His workup included a screening colonoscopy[because of + family hx colon ca], stool studies, blood lab tests. An EGD showed reflux esophagitis.
On Colonoscopy he found "aphthoid" ulcers in ileum and right colon. He also noted colon diverticula in this 1/14/04 written report [of 8/31]

Despite the fact that in the 8/31/04 Palumbo's ov written notes he documents that the patient lost 20 # from "her last visit+ "abd exam shows tenderness, diffuse greatest in lower quadrants. diff.dx "gastroenteritis; diverticulitis he does not act to evaluate the diagnosis of diverticular disease and how it relates to "IBS" either in Jan 2004 or even in August 2004, which is the standard of care.
Furthermore in situations where the diagnosis of acute colonic diverticulitis is uncertain, limited flexible sigmoidoscopy with minimum insufflation of air may be performed to exclude other diagnoses.
Colonoscopy is usually avoided in the setting of acute diverticulitis (30) because of the risk of perforating the inflamed colon, either with the instrument itself or by insufflation of air.

On 2/6/04 according to the Naval OPD Nutritionist there is a medical note that the patient had a 15# weight loss in the past 3 months [starting ~12/6/03]
This is just a short time from the 12/18/04 GI consultation and only 3 weeks later than the colonoscopy with Dr. Palumbo- and still there is no appropriate workup for any red flag.

On 2/19/04 wt=111 @ naval hosp ov. "loss of 6# since dec.-Newport Naval Fam Pract Clinic dx: IBS; Diverticulosis.
Diverticulosis/diverticulitis was thus part of the differential and working diagnoses as early [if not earlier than 2/19/04].
On 2/26/04 According to nutrition consultation daily diarrhea[3-6x] symptoms vomited every month
RED FLAG
This is a red flag or alarm symptom for which the dx of ibs should not be made, or at least deferred till complete evaluation performed including CT scan to r.o. acute &/or complicated diverticulitis or any other abdominal disorder.

On 3/2/04 According to Tomlinson ov NOTE stated Endoscopy-Dx. gastritis,gerd. "2004 colonoscopy wnl;-diverticulitis" **Diverticulitis was thus part of the differential and working diagnoses early in the disease progression of Ms McSorley.**
Diverticulitis is an inflammation and/or infection of one of the diverticula. People with this complication characteristically present at different stages with:
Fever
Abdominal pain
Diarrhea and/or constipation
Decreased appetite and
Weight loss.
Other complications of diverticulitis include development of an abscess or narrowing of the colon (stricture) or perforation. Treatment for diverticulitis (an inflamed or infected diverticulum) requires the use of antibiotics and frequently hospitalization.
Surgery is needed for cases that don't respond to medical management and that's why surgical consultation is necessary early in the diagnosis. A temporary colostomy may be required during surgery for complicated diverticulitis with infection, abscess or perforation as developed in Ms. McSorley.

On 6/29/04 according to Dr.Fielding eval at naval hosp;-wt decreased to =107. [117-107=10#] +"anxiety dsrdr"
MAJOR RED FLAG
This is a red flag or alarm symptom for which the dx of ibs should not be made, or at least deferred till complete evaluation performed including CT scan to exclude Diverticulitis w or w/o complications.

On 8/18/04 According to DR. Tomlinson ov-evaluation for symptoms of abd pain wt=102.5"ibs, anx" gb us ordered[117-102= very significant weight loss of 15#]
MAJOR RED FLAG
This is a red flag or alarm symptom for which the dx of ibs should not be made, or at least deferred till complete evaluation performed including CT scan to r.o. acute &/or complicated diverticulitis or any other abdominal disorder.

On 8/28/04 RI HOSP ER @ noon for severe symptoms abd pain for 1 week [~8/18-21] p=89;
bp 155/84
At 2:45 symptoms According to hosp er mds"[abdominal] pain started 10 days ago [~8/18] when she was seen in Tomlinson o.v.
At @ 3:10 pm na=129; cl=89; wbc=13.3; neut=8.9; At @ 5:30 t=100.2 ox=97.6
THIS IS HYPONATREMIA; LEUKOCYTOSIS & FEVER:
MAJOR RED FLAGS
These symptoms and findings are red flags or alarm symptom for which the dx of ibs should not be made, or at least deferred till complete evaluation performed including CT scan to exclude Diverticulitis w or w/o complications or any other abdominal/pelvic disorders.

According to dr. Kevin Palumbo's gi brother Ted Palumbo informed er that she was being trt for IBS –then [o.k.'d ?] discharge w/o ct scan or kub.
THIS E.R. DISCHARGE PRIOR TO APPROPRIATE TESTING FOR ACUTE COMPLICATED DIVERTICULITIS &/OR IMMEDIATE HOSPITALIZATION &/OR SURGICAL CONSULTATION IS A MAJOR DSOC
The dx of ibs should not be made with these symptoms, or at least deferred till complete evaluation performed including CT scan to exclude Diverticulitis w or w/o complications.

On 8/30 her husband telephoned the Naval Center informing them that the abdominal cramping had returned after the 8/28 ER visit.
Dr.Tomlinson .according to the records, simply verified that a nurse would return call.
No immediate hospitalization recommended.
THIS IS A MAJOR DSOC
The dx of ibs should not be made with these symptoms, or at least deferred till complete evaluation performed including urgent CT scan + other diagnostic measures to exclude Diverticulitis w or w/o complications.

On 8/31/04 neg gb us
On 8/31/04 Palumbo ov
lost 20 # from "her last visit"abd exam + symptoms tenderness, diffuse greatest in lower quadrnts.diff.dx"gastroenteritis; diverticulitis.
blood wk ordred and finally a ct scan+sbft post ct scan.
THIS IS A MAJOR DSOC

The dx of ibs should not be made with these symptoms, or at least deferred till complete evaluation performed including CT scan.
The patient now needed urgent/ emergency CT scan]
20# wt. loss is a red flag or alarm symptom for which the dx of ibs should not be made, or at least deferred till complete evaluation performed including CT scan to r.o. abdominal infection/diverticulitis, complicated..

In his 8/28/04 note Dr. Palumbo documented in his note his recognition that "diverticulitis "is possible, [ because]"Colonoscopy showed a few left sided diverticula" [not mentioned in his transcribed January 2004 colonoscopy report but probably communicated to Dr. Tomlinson-see Tomlinson March 2004 note].
He then scheduled further lab work and a SBFT after review of CT scan.
On 8/31/04 Rhode Island Hospital Abd US
documented "history of intermittent colicky abdominal pain for the past several months. Patient has a history of diverticulosis."
US Showed only incidental finding of GB polyp.

On 9/3/04 Lab results: leukocytosis; increased absolute neutrophils; decr sod; CO2;
On 9/3/04 the patient had a scheduled elective [not emergency] CT scan
THIS IS A MAJOR DSOC
These are red flag or alarm symptom for which the dx of ibs should not be made, or at least deferred, till complete evaluation performed including urgent CT scan to r.o. acute &/or complicated diverticulitis or any other abdominal disorder.

Unfortunately CT scan was not done "because no contrast was ordered by Dr. Palumbo."
Thus rescheduled for 9/9
Called palumbo's office-told to go to er.lab wk reported
THIS IS A MAJOR DSOC
Urgent hospitalization + CT scan+ surgical consultation indicated to r.o. acute &/or complicated diverticulitis or any other abdominal disorder.

On 9/4 wbc=11.9,na=132;cl=89;co2=18;alb=2.9.
THIS DOCUMENTS THAT MS. MCSORLEY DEVELOPED ACIDOSIS; LEUKOCYTOSIS; HYPOALBUNINEMA :

THESE ARE MAJOR RED FLAGS

THIS IS A MAJOR DSOC
**Immediate hospitalization is necessary.**

On 9/6/04 died at home.@ death wt =87

DISCUSSION:

IBD DIAGNOSIS & TREATMENT ACCORDING TO STANDARD OF MEDICAL CARE [SOC]
from consensus documents and review of existing studies[see below].
The diagnosis of IBD is based on Symptom-based criteria — The safety and accuracy of making an IBS diagnosis based on the Manning &/or Rome II criteria has been the subject of a number of studies which have confirmed these criteria as accurate and correct in making a diagnosis of IBS anywhere from 65% to 100% of the time, again with strong reliance on the patient's symptoms <u>and with the absence of RED FLAGS OR ALARM SYMPTOMS.</u>
In addition to Physical examination and investigations — A medical history and physical examination, certain routine studies, are recommended to assess the presence of <u>"alarm signs" or "red flags" (</u>fever, weight loss, blood in stools, anemia, abnormal physical findings or blood studies, family history of IBD or cancer) that requires more extensive evaluation.
For ROUTINE screening purposes,
1. a stool Hemoccult and complete blood count.
2. A sedimentation rate
3. serum chemistries and
4. albumin, and
5. stool for ova and parasites (eg, predominant diarrhea, areas of endemic infection).

SOC:
<u>For patients with RED FLAGS [e.g.</u> abnormal stool Hemoccult; complete blood count; sedimentation rate ; serum chemistries; albumin, and weight loss ]

1. plain abdominal radiography [KUB] &/or CT Scan during an acute episode to exclude bowel obstruction and other abdominal pathology is recommended.
2. Imaging studies (eg, small bowel series) of the bowel and other evaluations based on changes in symptom type, or severity over time.

PEER REVIEW LITERATURE SUPPORT FOR MEDICAL OPINION & SOC:
Vanner et al [Vanner SJ; Depew WT; Paterson WG; DaCosta LR; Groll AG; Simon JB; Djurfeldt Predictive value of the Rome criteria for diagnosing the irritable bowel syndrome. *Am J Gastroenterol* 1999 Oct;94(10):2912-7.]
Writes about the predictive value of the Rome criteria and <u>absence of so-called "red flags"</u>.

The absence of red flags or alarm symptoms is crucial in clinical practice for diagnosing irritable bowel syndrome. In this retrospective series by Vanner et al, , the Rome criteria and absence of red flags had a sensitivity of 65%, specificity of 100%, and positive predictive value of 100%.

In the absence of red flags none of these patients required revision of their diagnosis [of IBS] during a 2-yr follow-up. In a prospective study, the positive predictive value was 98%.

These findings suggest that the Rome criteria combined with a lack of red flags have a very high predictive value for diagnosing irritable bowel syndrome; but with the presence of red flags one cannot diagnose IBS until other abdominal problems [e.g. diverticulitis; IBD; etc] are ruled out..

The medical records show that the diagnosis of diverticulosis/diverticulitis was entertained by the patient's health care providers as early as 2/19/04 @ The Newport Naval Fam Pract Clinic where the recorded working dx was : IBS; Diverticulosis . Diverticulosis/diverticulitis was thus part of the differential and working diagnoses as early [if not earlier than 2/19/04-perhaps seen on the missing or blurred/faded med records unavailable for my review].

The patient's weight then was 111. Also @ naval hosp ov. There was a recorded "loss of 6# since December".-

SOC:

Patients with the following red flag-alarm features [some of which were manifested by the patient] cannot be diagnosed as IBS unless other diagnoses are ruled out by thorough more complete evaluation.

Relevant Red flags needing more thorough evaluation are

1. relevant abnormalities on physical examination,
2. documented weight loss,
3. nocturnal symptoms,
4. blood in stools,
5. history of antibiotic use

SOC:

These Alarm features necessitates immediate work-up and evaluation with plain abdominal radiography [KUB] &/or CT Scan during an acute episode to exclude bowel obstruction, perforation, abscess, and other abdominal pathology.

Additional particularly significant alarm symptoms include

6..fever,

7., leukocytosis,

8. anemia, and

9. hypoalbuminemia.

The patient had the following red flags:

RED FLAGS ; all documented on the 8/28 Rhode Island ER visit

SIGNIFICANT.WT LOSS.
DECR ALBUMIN;
HYPONATREMIA,
DEHDRATION..
INCREASED TEMP- FEVER;
INCR WBC, -NEUTROPHILS,

These alarm symptoms necessitate an evaluation for complicated [perforated] diverticulitis; or some other significant abdominal or pelvic pathology.

DSOC:
No immediate work-up and evaluation with plain abdominal radiography [KUB] &/or CT Scan during the acute episode to exclude bowel perforation and other abdominal pathology is a DSOC.

The SOC is
CT scan with contrast is the initial imaging test for patients with suspected diverticulitis, particularly when moderate severity disease or abscess is anticipated.
CT criteria for diagnosis of diverticulitis include colonic wall thickening, pericolic fat infiltration ("streaky" fat), pericolic or distant abscesses, and extraluminal air. Positive predictive value for diverticulitis by CT scan has been shown to be 73 percent for the presence of sigmoid diverticula, 88 percent for pericolic inflammation, 100 percent for wall thickness greater than 10 mm, and 85 percent for wall thickness of 7 to 10 mm.
The CT scan carries a sensitivity of 90 to 95 percent, a specificity of 72 percent.
CT has an advantage over contrast enema in that it is potentially both a diagnostic and therapeutic test.
In addition, abdom/pelvic CT scan can evaluate other organ systems.
Even up to 30 percent of patients with uncomplicated diverticulitis require surgical intervention during the initial attack. The goals of surgery are to remove the septic focus by resection of the colon, to treat obstruction, perforation or fistula, and to restore bowel continuity while minimizing morbidity and mortality.
Laparoscopic techniques are also possible for performing colonic resections in carefully selected patients since is associated with a shorter recovery time than traditional open approaches.
Complicated diverticulitis — Additional factors must be considered in patients with one of the complications of diverticulitis, such as perforation.&/or abscess formation as was the case with Ms.McSorley.

SOC for ACUTE/COMPLICATED DIVERTICULITIS:
1. Patients should receive antibiotics, a second or third generation cephalosporin or more broad-spectrum antibiotics. Examples of regimens are:
A. cefazolin (1 g IV every eight hours) plus metronidazole (500 mg IV every 8 hours);
B. ampicillin-sulbactam (1.5 g IV every six hours); or
C. ticarcillin-clavulanate (3.1 g IV every six hours). .

SOC FOR Ms McSorley:

1. Surgery — For Peritonitis — SOC mandates resuscitation, broad-spectrum antibiotics, and followed by emergency surgical exploration

REFERENCES FOR ABOVE:

[Smith TR, Cho KC, Morehouse HT, Kratka PS. Comparison of computed tomography and contrast enema evaluation of diverticulitis. Dis Colon Rectum 1990;33:1-6. Verbanck J, Lambrecht S, Rutgeerts L, et al. Can sonography diagnose acute colonic diverticulitis in patients with acute intestinal inflammation? A prospective study. J Clin Ultrasound 1989;17:661-6. Taylor KJ, Wasson JF, de Graaff C, Rosenfield AT, Andriole VT. Accuracy of grey scale ultrasound diagnosis of abdominal and pelvic abscesses in 220 patients, Veidenheimer MC, Roberts PL. Colonic diverticular disease. Boston: Blackwell Scientific, 1991. Deen KI, Madoff RD, Goldberg SM, Rothenberger DA. Surgical management of left colon obstruction: the University of Minnesota experience. J Am Coll Surg 1998;187:573-6. Sher ME, Agachan F, Bortul M, Nogueras JJ, Weiss EG, Wexner SD. Laparoscopic surgery for diverticulitis. Surg Endosc 1997;11:264-7. Bruce CJ, Coller JA, Murray JJ, Schoetz DJ, Roberts PL, Rusin LC. Laparoscopic resection for diverticular disease. Dis Colon Rectum 1996;39(Suppl):S1-6. ]

ANALYSIS:

DEVIATIONS IN THE STANDARD OF CARE [DSOC].

1. IBS.[ROME] CRITERIA MET FOR RED FLAGS AND INCREASED INVESTIGATION INTENSITY.

THUS THE DX OF IBS SHOULD NOT BE MADE NOR TREATED TILL ACUTE DIVERICULITIS/COLON PERFORATION RULED OUT

EARLY RED FLAGS:

On 11/10/03 note from Naval Center having "been bedridden since Friday"...with "progressively worse abdominal pain, nausea and vomiting...[causing] "been bedridden since Friday"
On 2/6/04 note from Naval OPD Nutritionist commented that she had 15# weight loss in the past 3 months [thus weight loss starting ~12/6/03]
On 2/19/04 wt=111 @ Newport Naval Fam Pract Clinic dx: IBS; Diverticulosis. Diverticulosis/diverticulitis was thus part of the differential and working diagnoses as early [if not earlier than 2/19/04].
On 2/26/04 According to nutr cnsltn daily diarrhea[3-6x] symptoms vomited every month
On 6/29/04 according to Dr.Fielding eval at naval hosp:-wt decreased to =107. [117-107=10#]
On 8/18/04 According to DR. Tomlnson ov-evaluation for symptoms of abd pain wt=102.5 [117-102= very significant weight loss of 15#]

SOC FOR ALL THE ABOVE RED FLAGS ARE A CONTRAST ABDOMINAL/PELVIC CT SCAN IN ADDITION TO THOROUGH EVALUATION FOR DIAGNOSIS AND TREATMENT FOR DIVERTICULITIS.

IT IS INEXPLICABLE THAT WITH A WORKING DIAGNOSIS POSSIBILITY OF DIVERTICULITIS MADE AS EARLY AS 2/19/04 AND MARCH 2004, [OR EARLIER ON WHAT IS NON READABLE EARLIER RECORDS] THAT NO APPROPRIATE STUDIES WERE DONE FOR THE PATIENT BY ANY OF THE HEALTH CARE PROVIDERS TO MORE FULLY EVALUATE THE STATUS OF THE DIVERTICULITIS.

2.* LATE RED FLAGS AND CRITICAL ALARM BELLS ON 8/28/04 ;
INCREASED TEMP- FEVER; INCR WBC, -NEUTROPHILS, SIGNIFICANT.WT LOSS. DECR ALBUMIN;
HYPONATREMIA, DEHDRATION.

In his 8/28/04 note Dr. Palumbo also documented his recognition similar to the Naval Center Feb and March 2004 notes that **"diverticulitis "is possible, [because]"Colonoscopy showed a few left sided diverticula"** [not mentioned in his transcribed January 2004 colonoscopy report].

On 8/31/04 Rhode Island Hospital Abd US
documented "history of intermittent colicky abdominal pain for the past several months. Additional documentation of working diagnosis that Patient has a history of diverticulosis."

On 9/3/04 Lab results: leukocytosis; increased absolute neutrophils; decr sod; CO2;
On 9/4 wbc=11.9,na=132;cl=89;co2=18;alb=2.9.
ACIDOSIS; LEUKOCYTOSIS; HYPOALBUNINEMIA :
9/3-4/04 Lab Summary:
1. METAB ACIDOSIS.
2.probably SEC TO PROBABLE BOWEL NECROSIS ,
3. I CALCULATE THAT COLONIC PERFORATION OCCURRED ABOUT 10 DAYS PRIOR TO 8/28 ER VISIT=~8/18-21 WHICH WOULD HAVE BEEN CONFIRMED BY TIMELY HOSPITALIZATION; CT SCAN; SURGICAL CONSULT.

*ALL ABOVE SOC WARRANTS IMMEDIATE HOSPITALIZATION WITH SURGICAL CONSULTATION.

INSTEAD
1. NO KUB CT SCAN ON 8/18 TOMLINSON OV

2. NOR EVEN A KUB OR CT SCAN AT RI ER ON 8/28.

3. NO ABG MEAS TO EVALUATE MET ACIDOSIS.

4. DITTO FOR 8/31 KEVIN PALUMBO MD OV

5. NO IMMEDIATE HOSPITALIZATION

IT IS AGAIN INEXPLICABLE THAT WITH A WORKING DIAGNOSIS POSSIBILITY OF DIVERTICULITIS MADE AS EARLY AS 2/19/04[OR EARLIER ON WHAT IS NON READABLE EARLIER RECORDS] THAT NO APPROPRIATE STUDIES &/TREATMENT WAS RENDERED TO THE PATIENT BY ANY OF THE HEALTH CARE PROVIDERS TO EVALUATE THE STATUS OF THE [COMPLICATED] DIVERTICULITIS/[COLON PERFORATION] AFTER FEB 2004; AND NOT EVEN DURING THE 6 MONTHS PRIOR TO AUGUST 2004 AND ESPECIALLY ON 8/28/04 WHEN THIS DIAGNOSIS WAS OBVIOUS EVEN TO A MEDICAL STUDENT.
WITH DEVELOPING OBVIOUS SYMPTOMS AND LAB DATA [9/3-4/04 SUGGESTIVE OF BOWEL NECROSIS THIS PATIENT [MS.MCSORLEY] WAS LEFT TO LINGER AT HOME TO DIE OF SEPSIS ON 9/6/04. THE SEPSIS WAS ASSOCIATED WITH FECAL PERITONITIS FROM AN AS YET UNDIAGNOSED AND UNTREATED COLON PERFORATION FROM A COLON DIVERTICULUM.

**CONCLUSIONS:**

**If not for these DSOCs by her health care providers [Drs. Tomlinson, Fielding; Kevin & Ted Palumbo; & the doctors at Rhode Island ER] the patient would still be alive and well.**

Perforated diverticulitis has a mortality rate of 6 percent for purulent peritonitis and, 35 percent for fecal peritonitis (peritonitis with fecal soilage) as was the case with Ms. McSorley [1-3].
Perforation — Free intraperitoneal rupture of diverticulitis is unusual; however, such patients have high mortality rates of 20 to 30 percent [1-5].
Abscess — Abscesses occur in 16 percent of patients with acute diverticulitis without peritonitis [5-11] and in 31 to 56 percent of those requiring surgery for diverticulitis [11-12].
Percutaneous drainage now permits elective single stage surgery in 60 to 80 percent of patients [6-10];
Furthermore, in selected patients with contraindications to surgery, catheter drainage may be sufficient to relieve symptoms [11-12].

ADDITIONAL REFERENCES

1. Thompson WG, Patel DG. Clinical picture of diverticular disease of the colon. J Clin Gastroenterol 1986;15:903-16.
2. Cheskin LJ, Bohlman, Schuster MM. Diverticular disease in the elderly. Gastroenterol Clin North Am 1990;19:391-403.
3. Detry R, James J, Kartheuser A, et al. Acute localized diverticulitis: optimum management requires accurate staging. Int J Colorectal Dis 1992;7:38-42.
4. Hachigan MP, Honickman S, Eisenstat TE, Rubin RJ, Salvati EP. Computed tomography in the initial management of acute left-sided diverticulitis. Dis Colon Rectum 1992;35:1123-9.
5. Kellum JM, Sugerman HJ, Coppa GF, et al. Randomized prospective comparison of cefoxitin and gentamycin-clindamycin in the treatment of acute colon diverticulitis. Clin Ther 1992;14:376-84.
6. Larson DM, Masters SS, Spiro HM. Medical and surgical therapy in diverticular disease: a comparative study. Gastroenterology 1976;71:734-7.
7. Haglund U, Hellberg R, Johnsen C, Hulten L. Complicated diverticular disease of the sigmoid colon: an analysis of short and long term outcome in 392 patients. Ann Chir Gynaecol 1979;68:41-6.
8. Parks TG, Connell AM. The outcome of 455 patients admitted for treatment of diverticular disease of the colon. Br J Surg 1970;57:775-8.
9. Nichols RL. Management of intra-abdominal sepsis. Am J Med 1986;80:204-9.
10. Drusano GL, Warren JW, Saah AJ, et al. A prospective randomized controlled trial of cefoxitin versus clindamycin-aminoglycoside in mixed anaerobic-aerobic infections. Surg Gynecol Obstet 1982;154:715-20.
11. Hinchey EF, Schaal PG, Richards GK. Treatment of perforated diverticular disease of the colon. Adv Surg 1978;12:85-109.
12. Painter NS. Diverticular disease of the colon: the first of the Western diseases shown to be due to a deficiency of dietary fiber. S Afr Med J 1982;61:1016-20.

# Perry Hookman, M.D., P.A.

5607 NW 24th Terrace · Boca Raton, FL 33496 · Phone (561)241-8550 · Fax (561)241-8554

I, Perry Hookman, M.D., reserve the right to add to or change my report in view of matters which may turn up in discovery.

Perry Hookman, M.D.