UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY, Plaintiff | : | |
| VS. | : | C.A. No. 07-cv-0052-ML-LDA |
| UNITED STATES OF AMERICA, Defendants | : | |

**PLAINTIFF'S OBJECTION TO UNITED STATES' MOTION TO PRECLUDE PLAINTIFF FROM OFFERING THE EXPERT TESTIMONY OF PERRY J. HOOKMAN**

The Plaintiff objects to the motion of Defendant United States to preclude Plaintiff from offering the expert testimony of Perry J. Hookman pursuant to Rules 26(a) and 37. Plaintiff's relies on his Memorandum in Support of Plaintiff's Objection to Motion for Sanctions Pursuant to Rule 37, previously filed.

The Plaintiff,
By His Attorney,

/s/ Aram R. Schefrin
Aram R. Schefrin, Esq.
LOVETT SCHEFRIN HARNETT
155 South Main Street
Providence, RI 02903
401-863-8870
401-863-8938 (facsimile)
aschefrin@comcast.net

**CERTIFICATION**

I hereby certify that on the 19th day of February, 2008, I electronically filed the within Objection with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

/s/ Aram R. Schefrin