**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# SUBPOENA

**WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY**

**V.**

**UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., Alias; THEODORE C. PAULUMBO, M.D., Alias; THEODORE C. PALUMBO, M.D., INC., Alias; UNIVERSITY GASTROENTEROLOGY, INC., Alias; ROBERT D. SIDMAN, M.D., Alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, Alias; and RHODE ISLAND HOSPITAL, Alias**

**C.A. NO.: 07-052ML**

**TO: KEEPER OF RECORDS – Midland Medical,**
**1312 Oaklawn Ave., Cranston, RI 02920**

___**YOU ARE HEREBY COMMANDED** to appear in the United States District Court for the District of Rhode Island for the above County on _______________ to testify in the above entitled action [and bring with you: ]

**LOCATION OF COURT** **COURTROOM #**

**DATE** **TIME**

X **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objections):

***SEE ATTACHED SCHEDULE A***

DOCUMENTS/OBJECTS

WHITE, CARLIN & KELLY, P.C.
155 Westminster Street, 7th Floor, Providence, RI 02903
LOCATION ROOM #

March 14, 2008 11:15 a.m.
DATE TIME

___**YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below:

LOCATION ROOM #

S. Roman 2/14/08

DATE TIME

**cc: All Counsel of Record**

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. (FEDERAL RULES OF CIVIL PROCEDURE, 30(b)(6)).

[signature] 14 Feb 08

**ISSUING OFFICER SIGNATURE** **DATE**

ATTORNEY FOR: ______PLAINTIFF X DEFENDANT

William F. White, Esq. 4271

ISSUING OFFICER'S NAME (PRINT/TYPED) REGISTRATION #

155 Westminster Street, 7th Floor, Providence, RI 02903 (401)273-1400

STREET CITY/TOWN STATE ZIP CODE

**PROOF OF SERVICE**

2/14/2008 1312 OAKLAWN AVE, CRANSTON, R.I. 02920

**DATE** **PLACE**

**SERVED**

SHEILA KOMAR PERSONALLY

**SERVED ON (PRINT NAME)** **MANNER OF SERVICE**

RAYMOND J. BAPTISTA DISINTERESTED PARTY

**SERVED BY (PRINT NAME)** **TITLE**

TENDERED SUBPOENA FEE OF $41.00,

**DECLARATION OF SERVER**

**I declare under penalty of perjury that the foregoing information contained in the Proof of Service is true and correct.**

**EXECUTED ON** 2/14/2008 Raymond J. Baptista

**DATE** **SIGNATURE OF SERVER**

P.O. Box 40291, Prov, R.I. 02940

**ADDRESS OF SERVER**

**Subscribed and sworn to before me this** 14 **day of** FEB**, 2008.**

Carmela M. Baptista

**Notary Public**

**My Commission Expires:** 5/26/10