UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. MCSORLEY, SR., individually<br>And as Administrator of the Estate of<br>CAROLE ANN MCSORLEY | : | |
| vs. | : | C.A. No. 07-052ML |
| UNITED STATES OF AMERICA;<br>KEVIN S. PALUMBO, M.D., Alias<br>THEODORE C. PALUMBO, M.D., Alias<br>THEODORE C. PALUMBO, M.D., INC., Alias<br>UNIVERSITY GASTROENTEROLOGY, INC., Alias<br>ROBERT D. SIDMAN, M.D., Alias<br>UNIVERSITY EMERGENCY MEDICINE<br>FOUNDATION, Alias; and<br>RHODE ISLAND HOSPITAL | : | |

**MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER**

Now comes Rhode Island Hospital (the "Hospital") and seeks a Protective Order from this Court and/or an Order quashing the subpoena served on or about February 14, 2008, regarding certain health care information sought in the above-captioned matter. (Please see attached Exhibit "A".) In support of this Motion, the Hospital states that the medical records sought are subject to protection by state law. In further support of the Motion, the Hospital relies upon the argument set forth below.

**ARGUMENT**

**A. The Information Sought is Confidential and Privileged.**

The Confidentiality of Health Care Communications and Information Act (the "Act"), R.I. Gen. Laws § 5-37.3-1 et seq., generally bars the disclosure of a patient's confidential health care information without the patient's written consent. The Act also subjects violators to both

actual and punitive damages, as well as criminal penalties. R.I. Gen. Laws § 5-37.3-4 (a)(1)-(3). Accordingly, persons seeking information protected by the Act must follow the specific procedures set forth in § 5-37.3-6.1.

The information protected by the Act includes "all information relating to a patient's health care history, diagnosis, condition, treatment or evaluation obtained from a health care provider who has treated the patient." R.I. Gen. Laws § 5-37.3-3 (3)(ii). The word "treated" is not specifically defined. Any relationship with a health care provider may constitute treatment as contemplated by the Act.

The Act establishes a presumption in favor of privacy. With regard to the adjudication of a motion to quash, the Act requires that "the court shall grant a motion to quash unless the requesting party can demonstrate that there is reasonable grounds to believe the information being sought is relevant to the proceedings, and the need for the information clearly outweighs the privacy interest of the individual." R.I. Gen. Laws § 5-37.3-6.1 (d) (emphasis added). To that end, the Court is directed to consider: 1) the particular purpose for which the information was collected; 2) the individual's reasonable expectation of privacy in the information; 3) the degree to which disclosure of the information would embarrass, injure, or invade the privacy of the individual; 4) the effect of the disclosure on the individual's future health care; 5) the importance of the information to the lawsuit or proceeding; and 6) whether the information is available from other sources. R.I. Gen. Laws § 5-37.3-6.1 (e).

While there are certain statutory exceptions to the general rule barring disclosure of records, those exceptions are inapplicable when the records contain evidence regarding the use of drugs and alcohol, evidence of testing and/or results of testing for HIV, sexually transmitted diseases and mental health treatment. The aforementioned information may only be released by

court order in accordance with the applicable rules of civil procedure. The information sought here involves privileged, sensitive records, and therefore, only an *in camera* review will adequately protect the interests of the patient and Rhode Island Hospital.

In the instant case, the information requested in the subpoena contains sensitive information. The patient has not provided the Hospital with an authorization form for the release of the requested records. Therefore, based upon the foregoing, the Hospital cannot release the subject records. Accordingly, Rhode Island Hospital respectfully requests that this Honorable Court issue a Protective Order and/or an Order quashing the subpoena issued.

Rhode Island Hospital
By Its Attorney,

/s/ Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
E-mail: lfreedman@nixonpeabody.com

Dated: February 27, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2008, I filed this Motion to Quash electronically with the Court and sent a true copy of said Motion to Quash by first-class mail to:

William F. White, Esq.
White, Carlin & Kelly, P.C.
155 Westminster Street, 7th Floor
The Westminster Square Building
Providence, RI 02903

Aram R. Schefrin, Esq.
Lovett, Schefrin & Harnett
155 South Main Street
Providence, RI 02903

Francis A. Connor III, Esq.
Andrew C. Coulam, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

Richard B. Myrus, Esq.
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Seth E. Bowerman, Esq.
Bowerman & Taylor Guertin
One Turks Head Place, Suite 1300
Providence, RI 02903

/s/ Linn F. Freedman

# EXHIBIT A

LORI 2/14/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# SUBPOENA

7710737 A1 adm

FEB 15 2008

WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY

V.

UNITED STATES OF AMERICA;
KEVIN S. PALUMBO, M.D., Alias;
THEODORE C. PAULUMBO, M.D., Alias;
THEODORE C. PALUMBO, M.D., INC., Alias;
UNIVERSITY GASTROENTEROLOGY, INC., Alias;
ROBERT D. SIDMAN, M.D., Alias;
UNIVERSITY EMERGENCY MEDICINE FOUNDATION, Alias; and
RHODE ISLAND HOSPITAL, Alias

C.A. NO.: 07-052ML

(Rite chart)

TO: KEEPER OF RECORDS – Rhode Island Hospital
593 Eddy Street, Providence, RI 02903

___ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court for the District of Rhode Island for the above County on ______________ to testify in the above entitled action [and bring with you: ]

LOCATION OF COURT — COURTROOM #

DATE — TIME

X **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objections):

*SEE ATTACHED SCHEDULE A*

DOCUMENTS/OBJECTS

WHITE, CARLIN & KELLY, P.C.
155 Westminster Street, 7th Floor, Providence, RI 02903
LOCATION — ROOM #

March 14, 2008 — 10:15 a.m.
DATE — TIME

___ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below:

LOCATION — ROOM #

DATE — TIME

True Copy Attest
Raymond J. Baptista
Disinterested Party
2/14/2008

cc: All Counsel of Record

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. (FEDERAL RULES OF CIVIL PROCEDURE, 30(b)(6)).

14 Feb 08

ISSUING OFFICER SIGNATURE DATE

ATTORNEY FOR: _____ PLAINTIFF X DEFENDANT

William F. White, Esq. 4271

ISSUING OFFICER'S NAME (PRINT/TYPED) REGISTRATION #

155 Westminster Street, 7th Floor, Providence, RI 02903 (401) 273-1400

STREET CITY/TOWN STATE ZIP CODE

**PROOF OF SERVICE**

DATE PLACE

SERVED

SERVED ON (PRINT NAME) MANNER OF SERVICE

SERVED BY (PRINT NAME) TITLE

**DECLARATION OF SERVER**

I declare under penalty of perjury that the foregoing information contained in the Proof of Service is true and correct.

EXECUTED ON ____________________

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Subscribed and sworn to before me this _____ day of ____________, 2008.

Notary Public

My Commission Expires:

## SCHEDULE A

RE: Carole Ann McSorley
D.O.B. 10/11/44

An exact duplicate copy of any and all medical records, hand-written notes, correspondence (including correspondence with attorneys), third party records (including those generated by or at the request of other physicians), charts, x-ray reports, admission and intake sheets, client information sheets, telephone logs, billing records, copies of the outside and inside covers of the file (including any notes contained thereon).

This subpoena is intended to be all-encompassing and is NOT restricted to any one accident or course of treatment.

0890.subp.rlh

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY<br><br>v.<br><br>UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., Alias; THEODORE C. PAULUMBO, M.D., Alias; THEODORE C. PALUMBO, M.D., INC., Alias; UNIVERSITY GASTROENTEROLOGY, INC., Alias; ROBERT D. SIDMAN, M.D., Alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, Alias; and RHODE ISLAND HOSPITAL, Alias | C.A. NO.: 07-052ML |

**NOTICE TO TAKE DEPOSITION**

DEPONENT: Keeper of Records
Rhode Island Hospital

DATE: March 14, 2008

TIME: 10:15 a.m.

Please take notice that pursuant to the provisions of the Federal Rules of Civil Procedure, Defendant, University Gastroenterology, Inc., will take the deposition of the above-named, upon oral examination, which examination will continue from day-to-day until completed; the same to commence at the above-specified time on the above-mentioned date, at **White, Carlin & Kelly, P.C., The Westminster Square Building, 155 Westminster Street, 7th Floor, Providence, RI**, before a notary public, or some other officer duly authorized to administer oaths by law in the State of Rhode Island.

WHITE, CARLIN & KELLY, P.C.
155 Westminster Street
7th Floor
Providence, RI 02903
(401) 273-1400
Fax (401) 273-1177

DEFENDANT,
UNIVERSITY GASTROENTEROLOGY, INC.,
By its Attorneys,

WHITE, CARLIN & KELLY, P.C.

William F. White, Esq. (#4271)
155 Westminster Street, 7th Floor
The Westminster Square Building
Providence, RI 02903
(401)273-1400/ (401)273-1177 - fax

**Certification**

I hereby certify that a true and accurate copy of the within was mailed, postage pre-paid, on the 14th day of February 2008 to:

Aram R. Schefrin, Esq.
Lovett, Schefrin & Harnett
155 South Main Street
Providence, RI 02903

Francis A. Connor III, Esq.
Andrew C. Coulam, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903

Richard B. Myrus, Esq.
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence RI 02903

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

Seth E. Bowerman, Esq.
Bowerman & Taylor Guertin
One Turks Head Place, Suite 1300
Providence, RI 02903

cc: Ms. Fran Young

0890.dn.kor.rih

WHITE, CARLIN & KELLY, P.C.
155 Westminster Street
7th Floor
Providence, RI 02903
(401) 273-1400
Fax (401) 273-1177

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR., Individually
and as Administrator of the Estate of
CAROLE ANN MCSORLEY

C.A. NO.: 07-052ML

V.

UNITED STATES OF AMERICA;
KEVIN S. PALUMBO, M.D., Alias;
THEODORE C. PAULUMBO, M.D., Alias;
THEODORE C. PALUMBO, M.D., INC., Alias;
UNIVERSITY GASTROENTEROLOGY, INC., Alias;
ROBERT D. SIDMAN, M.D., Alias;
UNIVERSITY EMERGENCY MEDICINE
FOUNDATION, Alias; and
RHODE ISLAND HOSPITAL, Alias

**CERTIFICATION**

I, William F. White, Esquire, counsel for defendant University Gastroenterology, Inc., hereby certify that:

(a) a copy of the within *subpoena duces tecum* was served upon plaintiff's legal counsel more than twenty (20) days prior to the date set for said deposition;

(b) the plaintiff's legal counsel has been served with notice of the right to challenge said subpoena; and

(c) the plaintiff has placed his medical condition at issue in the instant litigation.

WHITE, CARLIN & KELLY, P.C.
155 Westminster Street
7th Floor
Providence, RI 02903
(401) 273-1400
Fax (401) 273-1177

DEFENDANT, UNIVERSITY GASTROENTEROLOGY, INC.,
By its Attorneys,

WHITE, CARLIN & KELLY, P.C.

William F. White, Esq. (#4271)
155 Westminster Street, 7th Floor
The Westminster Square Building
Providence, RI 02903
(401)273-1400 / (401)273-1177 - fax

**Certification**

I hereby certify that a true and accurate copy of the within was mailed, postage pre-paid, on the 14th day of February 2008 to:

Aram R. Schefrin, Esq.
Lovett, Schefrin & Harnett
155 South Main Street
Providence, RI 02903

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

Francis A. Connor III, Esq.
Andrew C. Coulam, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903

Seth E. Bowerman, Esq.
Bowerman & Taylor Guertin
One Turks Head Place, Suite 1300
Providence, RI 02903

Richard B. Myrus, Esq.
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence RI 02903

0890.subp.cert

WHITE, CARLIN & KELLY, P.C.
155 Westminster Street
7th Floor
Providence, RI 02903
(401) 273-1400
Fax (401) 273-1177

WCK

WHITE, CARLIN & KELLY, P.C.
ATTORNEYS AT LAW

155 WESTMINSTER STREET, 7TH FLOOR • WESTMINSTER SQUARE BUILDING • PROVIDENCE, RHODE ISLAND 02903
TELEPHONE (401) 273-1400 • FAX (401) 273-1177 • E-MAIL WCKmail@wck-law.com

WILLIAM F. WHITE, ESQ.
Also admitted in Mass. & Wyoming
JOSHUA E. CARLIN, ESQ.
Also admitted in Mass.
MATTHEW D. KELLY, ESQ.
DOROTHEA R. CALVANO, ESQ.
COREY J. ALLARD, ESQ.
Also admitted in Conn.

Thursday, 14 February 2008

Keeper of Records
Rhode Island Hospital
593 Eddy Street
Providence, RI 02903

RE: *McSorley v. University Gastroenterology, Inc.*
Our File No.: 0890-47N
Subpoena

Dear Sir/Madam:

Enclosed please find a Subpoena for the Keeper of Records in your office on the above-referenced matter. **It is not necessary for this individual to appear at our office for the deposition.** In order to fully comply with the Subpoena, the following steps should be taken:

(1) A complete copy of the requested records should be made;

(2) A copy of the Subpoena should be attached to the records;

(3) An Affidavit authenticating the records should be completed, signed and enclosed (see attached);

(4) The records and Affidavit should be placed in individual envelopes and sealed with the notation "Sealed Records" on the outside of the envelope; and

(5) Place a copy of the Subpoena and the sealed envelope in a second envelope, which should be sent by certified mail for receipt in our office no later than three (3) days prior to the scheduled deposition. Failure to comply with these instructions will result in you having to appear - in person - for the deposition.

Should you have any questions regarding this Notice, please feel free to contact the undersigned. Thank you for your cooperation and assistance.

Cordially,

William F. White

Enclosures
0890.lmkor.ri