**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY** | : | |
| | : | **C.A. NO.: 07-052ML** |
| **V.** | : | |
| **UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., Alias; THEODORE C. PAULUMBO, M.D., Alias; THEODORE C. PALUMBO, M.D., INC., Alias; UNIVERSITY GASTROENTEROLOGY, INC., Alias; ROBERT D. SIDMAN, M.D., Alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, Alias; and RHODE ISLAND HOSPITAL, Alias** | : | |

**NOTICE TO TAKE DEPOSITION**

**DEPONENT:** **Keeper of Records**
**Jackie Fantes, M.D., Aquidneck Medical Associates**

**DATE:** **April 14, 2008**

**TIME:** **10:00 a.m.**

Please take notice that pursuant to the provisions of the Federal Rules of Civil Procedure, Defendant, University Gastroenterology, Inc., will take the deposition of the above-named, upon oral examination, which examination will continue from day-to-day until completed; the same to commence at the above-specified time on the above-mentioned date, at **White, Carlin & Kelly, P.C., The Westminster Square Building, 155 Westminster Street, 7th Floor, Providence, RI,** before a notary public, or some other officer duly authorized to administer oaths by law in the State of Rhode Island.

DEFENDANT,
UNIVERSITY GASTROENTEROLOGY, INC.,
By its Attorneys,

WHITE, CARLIN & KELLY, P.C.

/s/ William F. White
William F. White, Esq. (#4271)
155 Westminster Street, 7th Floor
The Westminster Square Building
Providence, RI 02903
(401)273-1400/ (401)273-1177 - fax

**Certification**

I hereby certify that a copy of the within filed through the ECF system, will be sent electronically on 17 March 2008 to:

Aram R. Schefrin, Esq.
Lovett, Schefrin & Harnett
155 South Main Street
Providence, RI 02903

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

Francis A. Connor III, Esq.
Andrew C. Coulam, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903

Seth E. Bowerman, Esq.
Bowerman & Taylor Guertin
One Turks Head Place, Suite 1300
Providence, RI 02903

Richard B. Myrus, Esq.
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence RI 02903

/s/William F. White_______________

cc: Ms. Fran Young

0890.dn.kor.jf.doc