**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# SUBPOENA

| | | |
|---|---|---|
| **WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY** | : | |
| **V.** | : | **C.A. NO.: 07-052ML** |
| **UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., Alias; THEODORE C. PAULUMBO, M.D., Alias; THEODORE C. PALUMBO, M.D., INC., Alias; UNIVERSITY GASTROENTEROLOGY, INC., Alias; ROBERT D. SIDMAN, M.D., Alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, Alias; and RHODE ISLAND HOSPITAL, Alias** | : | |

**TO: KEEPER OF RECORDS – Jackie Fantes, M.D., Aquidneck Medical Associates**
**69 Turnpike Avenue, Portsmouth, RI 02871**

___**YOU ARE HEREBY COMMANDED** to appear in the United States District Court for the District of Rhode Island for the above County on ________________ to testify in the above entitled action [and bring with you: ]

| | |
|---|---|
| **LOCATION OF COURT** | **COURTROOM #** |
| **DATE** | **TIME** |

_X_ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objections):

***SEE ATTACHED SCHEDULE A***

DOCUMENTS/OBJECTS

WHITE, CARLIN & KELLY, P.C.
155 Westminster Street, 7th Floor, Providence, RI 02903

| | |
|---|---|
| LOCATION | ROOM # |
| April 14, 2008 | 10:00 a.m. |
| DATE | TIME |

___**YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below:

| | |
|---|---|
| LOCATION | ROOM # |
| DATE | TIME |

**cc: All Counsel of Record**

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. (FEDERAL RULES OF CIVIL PROCEDURE, 30(b)(6)).

/s/William F. White, Esq. (#4271) 17 March 2008
**ISSUING OFFICER SIGNATURE DATE**

ATTORNEY FOR: ______PLAINTIFF _X_ DEFENDANT

William F. White, Esq. ______ 4271 ______________________
ISSUING OFFICER'S NAME (PRINT/TYPED) REGISTRATION #

155 Westminster Street, 7th Floor, Providence, RI 02903 (401)273-1400
STREET CITY/TOWN STATE ZIP CODE

**PROOF OF SERVICE**

______________________________________________________________

**DATE PLACE**

**SERVED**

______________________________________________________________

**SERVED ON (PRINT NAME) MANNER OF SERVICE**

______________________________________________________________

**SERVED BY (PRINT NAME) TITLE**

______________________________________________________________

**DECLARATION OF SERVER**

**I declare under penalty of perjury that the foregoing information contained in the Proof of Service is true and correct.**

**EXECUTED ON______________________________ ______________________________**
**DATE SIGNATURE OF SERVER**

______________________________
**ADDRESS OF SERVER**

**Subscribed and sworn to before me this _____ day of ___________, 2008.**

______________________________
**Notary Public**
**My Commission Expires:**

**SCHEDULE A**

**RE: Carole Ann McSorley**
**D.O.B. 10/11/44**

An exact duplicate copy of any and all medical records, hand-written notes, correspondence (including correspondence with attorneys), third party records (including those generated by or at the request of other physicians), charts, x-ray reports, admission and intake sheets, client information sheets, telephone logs, billing records, copies of the outside and inside covers of the file (including any notes contained thereon).

This subpoena is intended to be all-encompassing and is NOT restricted to any one accident or course of treatment.

0890.subp.jf