AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

William McSorley, Sr.

v.

USA

APPEARANCE

CASE NUMBER: CA07-52ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff

I certify that I am admitted to practice in this court.

3-19-08
*Date*

[signature]
*Signature*

Warren R. Wolf #1814
*Print Name* *Bar Number*

155 S. Main St.
*Address*

Prov RI 02903
*City* *State* *Zip Code*

863-8874 863-8938
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.