UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. MCSORLEY, SR., individually And as Administrator of the Estate of CAROLE ANN MCSORLEY | : | |
| vs. | : | C.A. No. 07-052ML |
| UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., Alias THEODORE C. PALUMBO, M.D., Alias THEODORE C. PALUMBO, M.D., INC., Alias UNIVERSITY GASTROENTEROLOGY, INC., Alias ROBERT D. SIDMAN, M.D., Alias UNIVERSITY EMERGENCY MEDICINE FOUNDATION, Alias; and RHODE ISLAND HOSPITAL | : | |

**ORDER DENYING**
**MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER**

This matter came before the Court on March 19, 2008, Magistrate Judge Lincoln D. Almond presiding, regarding Rhode Island Hospital's Motion to Quash and/or for Protective Order and the Objection of University Gastroenterolgy, Inc. After review of the parties' written filings and their arguments presented at the hearing, it is hereby:

ORDERED, ADJUDGED AND DECREED

1. Rhode Island Hospital's Motion to Quash and/or for Protective Order is DENIED.
2. Rhode Island Hospital shall produce records responsive to University Gastroenterolgy, Inc.'s subpoena duces tecum within ten (10) days of the entry of this Order.

10948860.1

SO ORDERED:

Lincoln D. Almond
United States Magistrate Judge

This Order Presented By:

Rhode Island Hospital
By Its Attorney,

/s/ Steven M. Richard
Steven M. Richard (#4403)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Fax: (401) 454-1030
E-mail: srichard@nixonpeabody.com

Dated: March 20, 2008