UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR., Individually
And as Administrator of the Estate of
CAROLE ANN MCSORLEY

v. C.A. NO. 07-052ML

UNITED STATES OF AMERICA,
KEVIN S. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., INC., alias,
UNIVERSITY GASTROENTEROLOGY, INC., alias,
ROBERT D. SIDMAN, M.D., alias,
UNIVERSITY EMERGENCY MEDICINE
FOUNDATION, alias, and RHODE ISLAND HOSPITAL, alias

**DEFENDANT, *KEVIN S. PALUMBO, M.D.'s* MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 37(b)**

The defendant, *KEVIN S. PALUMBO, M.D.,* hereby moves to dismiss the Plaintiff's Complaint for Plaintiff's failure to identify an expert witness in accordance with this Court's Pre-Trial Order pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v) and/or (vi). Alternatively, the Defendant requests an order prohibiting the Plaintiff from naming an expert witness in support of his claim pursuant to Fed. R. Civ. P. 37(b)(2)(A)(ii). In support hereof, the Defendant relies upon his Memorandum filed herewith.

WHEREFORE, the Defendant, *KEVIN S. PALUMBO, M.D.,* requests that this motion be granted.

Kevin S. Palumbo, M.D.
By his attorneys,

/S/ MICHAEL G. SARLI

Michael G. Sarli #2719
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place Suite 900
Providence, Rhode Island 02903
(401) 274-6644 Fax: 331-9304

**CERTIFICATE OF SERVICE**

Aram R. Schefrin, Esq.
Lovett Schefrin Harnett
155 South Main Street
Providence, RI 02903

William F. White, Esq.
White, Carlin & Kelly, P.C.
155 Westminster Street, 7th Floor
Westminster Square Building
Providence, RI 02903

Francis A. Connor, III, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance Street
Providence, RI 02903

Seth E. Bowerman, Esq.
Bowerman & Taylor Guertin, P.C.
One Turks Head Place
Suite 1300
Providence, RI 02903

Adi Goldstein, Esq.
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

I hereby certify that I forwarded a copy of the foregoing MOTION TO DISMISS to the above-reference counsel of record electronically via the Court's CM/ECF system on this 30th of May, 2008.

/S/ MICHAEL G. SARLI