UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY | : | |
| VS. | : | C.A.NO.: 07-052-ML |
| UNITES STATES OF AMERICA, KEVIN S. PALUMBO, M.D., alias, THEODORE C. PALUMBO, M.D., alias, THEODORE C. PALUMBO, M.D., INC., alias, UNIVERSITY GASTROENTEROLOGY, INC., alias, ROBERT D. SIDMAN, M.D., alias, UNIVERSITY EMERGENCY MEDICINE FOUNDATION, alias, and RHODE ISLAND HOSPITAL, alias | : | |

**ENTRY OF APPEARANCE**

I do hereby enter my appearance on behalf of Plaintiff, William J. McSorley, Sr., Individually and as Administrator of the Estate of Carole Ann McSorley.

Jane V. Kubanick-Wishik

Jane V. Kubanick-Wishik, Esq. (#5804)
LOVETT SCHEFRIN HARNETT
155 South Main Street
Providence, RI 02903
401-863-8870
401-863-8938 (fax)

## CERTIFICATION

I do hereby certify that on the 30th day of May, 2008, I filed this Entry of Appearance with the Court and sent a copy by first-class mail to the following attorneys of record:

William White, Esq.
White, Carlin & Kelly
155 Westminster St., 7th Floor
Providence, RI 02903

Andrew Coulam, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance St., Ste. 700
Providence, RI 02903

Seth Bowerman, Esq.
Bowerman & Taylor Humphrey
One Turks Head Pl., Ste. 1300
Providence, RI 02903

Michael Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Ste. 900
Providence, RI 02903

Richard Myrus, Esq.
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Linn Freedman, Esq.
Nixon Peabody
One Citizens Plaza
Providence, RI 02903

Janet K. Wiehek