**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY**

**V.**

**UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., Alias; THEODORE C. PAULUMBO, M.D., Alias; THEODORE C. PALUMBO, M.D., INC., Alias; UNIVERSITY GASTROENTEROLOGY, INC., Alias; ROBERT D. SIDMAN, M.D., Alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, Alias; and RHODE ISLAND HOSPITAL, Alias**

**C.A. NO.: 07-052ML**

**<u>JOINDER MOTION TO DISMISS</u>**

Now comes Defendant, University Gastroenterology, Inc., and hereby files this Joinder to the Co-Defendant, Kevin S. Palumbo's Motion to Dismiss. As grounds for this Joinder, Defendant University Gastroenterology, Inc. asserts that the rationale and grounds that entitle Kevin S. Palumbo to Dismissal also apply to University Gastroenterology, Inc., which is in this case because it was the employer of Dr. Kevin Palumbo. That is, Plaintiff has failed to disclose expert witnesses to provide an opinion against University Gastroenterology, Inc. pursuant to this Honorable Court's Pre-Trial Order. Plaintiff was required to disclose his expert witnesses and provide expert reports on or before November 15, 2007.

On July 24, 2007, Plaintiff identified Perry Hookman, M.D. in an interrogatory as an expert witness expected to testify to testify on his behalf at trial. On December 21, 2007, Plaintiff's produced Dr. Hookman's "expert report" concerning the treatment of Carole McSorley. This "expert report" was an illogical hodge-podge of Dr. Hookman's notes. To clarify Dr. Hookman's position prior to Defendants' expert disclosure deadline, Co-Defendant

Kevin S. Palumbo, M.D. noticed Dr. Hookman's deposition for May 6, 2008 in Boca Raton, Florida. On April 2, 2008, counsel for Plaintiff informed Defendants that Dr. Hookman would not be used as an expert in this case. Plaintiff has not identified an expert to replace Dr. Hookman in violation of this Honorable Court's Pre-Trial Order.

WHEREFORE, for the reasons set forth above and for the reasons set forth in Kevin S. Palumbo, M.D.'s Memorandum in Support of his Motion to Dismiss, Defendant, University Gastroenterology, Inc., prays that this Honorable Court grant its Motion to Dismiss pursuant to Fed. R. Civ. P. 37(b)(2)(A), and separate and final judgment pursuant to Fed. R. Civ. P. 54(b), there being no just reason for delay.

DEFENDANT, UNIVERSITY GASTROENTEROLOGY, INC.,
By its Attorneys,

WHITE, CARLIN & KELLY, P.C.

/s/ William F. White, Esq.
William F. White, Esq. (#4271)
155 Westminster Street, 7th Floor
The Westminster Square Building
Providence, RI 02903
(401)273-1400/ (401)273-1177 – fax

**Certificate of Service**

I, William F. White, hereby certify that a copy of the within filed through the ECF system, will be sent electronically on 2 June 2008 to:

Aram R. Schefrin, Esq.
Lovett, Schefrin & Harnett
155 South Main Street
Providence, RI 02903

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

Richard B. Myrus, Esq.
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Francis A. Connor III, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903

Seth E. Bowerman, Esq.
Bowerman & Taylor Guertin, P.C.
One Turks Head Place, Suite 1300
Providence, RI 02903

/s/ William F. White, Esq.

0890.joinder.mtd.doc