UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. MCSORLEY, SR., individually And as Administrator of the Estate of CAROLE ANN MCSORLEY | : | |
| vs. | : | C.A. No. 07-052ML |
| UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., Alias THEODORE C. PALUMBO, M.D., Alias THEODORE C. PALUMBO, M.D., INC., Alias UNIVERSITY GASTROENTEROLOGY, INC., Alias ROBERT D. SIDMAN, M.D., Alias UNIVERSITY EMERGENCY MEDICINE FOUNDATION, Alias; and RHODE ISLAND HOSPITAL | : | |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Linn F. Freedman hereby requests that this Honorable Court allow her to withdraw as counsel for Rhode Island Hospital for the reasons set forth in the attached Memorandum In Support of Motion for Withdrawal of Appearance.

Upon information and belief, there is no objection to the filing of this Motion.

Rhode Island Hospital
By Its Attorney,

/s/ Linn F. Freedman

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
E-mail: lfreedman@nixonpeabody.com

Dated: June 2, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of June, 2008, I filed this Motion for Withdrawal of Appearance electronically with the Court and sent a true copy of said Motion for Withdrawal of Appearance by first-class mail to:

William F. White, Esq.
White, Carlin & Kelly, P.C.
155 Westminster Street, 7th Floor
The Westminster Square Building
Providence, RI 02903

Aram R. Schefrin, Esq.
Jane V. Kubanick-Wishik, Esq.
Lovett, Schefrin & Harnett
155 South Main Street
Providence, RI 02903

Francis A. Connor III, Esq.
Andrew C. Coulam, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

Richard B. Myrus, Esq.
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Seth E. Bowerman, Esq.
Bowerman & Taylor Guertin
One Turks Head Place, Suite 1300
Providence, RI 02903

/s/ Linn F. Freedman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. MCSORLEY, SR., individually<br>And as Administrator of the Estate of<br>CAROLE ANN MCSORLEY | : | |
| vs. | : | C.A. No. 07-052ML |
| UNITED STATES OF AMERICA;<br>KEVIN S. PALUMBO, M.D., Alias<br>THEODORE C. PALUMBO, M.D., Alias<br>THEODORE C. PALUMBO, M.D., INC., Alias<br>UNIVERSITY GASTROENTEROLOGY, INC., Alias<br>ROBERT D. SIDMAN, M.D., Alias<br>UNIVERSITY EMERGENCY MEDICINE<br>FOUNDATION, Alias; and<br>RHODE ISLAND HOSPITAL | : | |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR WITHDRAWAL OF APPEARANCE**

Linn F. Freedman requests that this Honorable Court allow her to withdraw from this case. In support of this Motion, she states that Rhode Island Hospital filed a Motion to Quash and/or for Protective Order in this case with regard to a medical records subpoena for records of Plaintiff, Carole Ann McSorley. The Motion to Quash was denied and the requested records were produced pursuant to the Court's Order. Accordingly, Rhode Island Hospital's presence as a party in this case is no longer necessary.

Upon information and belief, there is no objection to the filing of this Motion.

Rhode Island Hospital
By Its Attorney,

/s/ Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
E-mail: lfreedman@nixonpeabody.com

Dated: June 2, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of June, 2008, I filed this Memorandum in Support of Motion for Withdrawal of Appearance electronically with the Court and sent a true copy of said Memorandum by first-class mail to:

William F. White, Esq.
White, Carlin & Kelly, P.C.
155 Westminster Street, 7th Floor
The Westminster Square Building
Providence, RI 02903

Aram R. Schefrin, Esq.
Jane V. Kubanick-Wishik, Esq.
Lovett, Schefrin & Harnett
155 South Main Street
Providence, RI 02903

Francis A. Connor III, Esq.
Andrew C. Coulam, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

Richard B. Myrus, Esq.
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Seth E. Bowerman, Esq.
Bowerman & Taylor Guertin
One Turks Head Place, Suite 1300
Providence, RI 02903

/s/ Linn F. Freedman