AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

### APPEARANCE

Case Number: 07-052-ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Robert D. Sidman, M.D., University Emergency Medicine Foundation and Rhode Island Hospital

I certify that I am admitted to practice in this court.

6/3/08
Date

[signature]
Signature

Wendy Taylor #5649
Print Name Bar Number

One Turks Head Place #1300
Address

Providence RI 02903
City State Zip Code

277-1300 277-1119
Phone Number Fax Number