AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

William J. McSorley, Sr.
Individually and as Administrator
of the Estate of Carole Ann McSorley
v.
University Gastroenterology, Inc, et als.

**APPEARANCE**

Case Number: 07-52 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

University Gastroenterology, Inc.

I certify that I am admitted to practice in this court.

6/3/08
Date

Corey J. Allard
Signature

Corey J. Allard — 7476
Print Name — Bar Number

White, Carlin & Kelly, PC
155 Westminster Street, 7th Floor
Address

Providence — RI — 02903
City — State — Zip Code

401-273-1400 — 401-273-1177
Phone Number — Fax Number