AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

WILLIAM J. McSORLEY, ET AL

VS.

UNITED STATES OF AMERICA, ET AL.

**APPEARANCE**

Case Number: 07-52 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
KEVIN PALUMBO, MD

I certify that I am admitted to practice in this court.

6/3/08
Date

[signature]
Signature

MATTHEW D. ROCHELEAU — 6107
Print Name — Bar Number

ONE TURKS HEAD PLACE, SUITE 900
Address

PROVIDENCE — RI — 02903
City — State — Zip Code

(401) 274-6644 — (401) 331-9304
Phone Number — Fax Number