UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR., Individually
And as Administrator of the Estate of
CAROLE ANN MCSORLEY

v. C.A. NO. 07-052ML

UNITED STATES OF AMERICA,
KEVIN S. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., INC., alias,
UNIVERSITY GASTROENTEROLOGY, INC., alias,
ROBERT D. SIDMAN, M.D., alias,
UNIVERSITY EMERGENCY MEDICINE
FOUNDATION, alias, and RHODE ISLAND HOSPITAL, alias

**ORDER**

This matter was scheduled for a chambers conference before the Honorable Mary M. Lisi, on the 3rd day of June, 2008. It is hereby

**ORDERED**:

1. The motions to dismiss filed on behalf of Kevin S. Palumbo, M.D., and University Gastroenterology, Inc., based on the Plaintiff's failure to timely identify an expert witness pursuant to Fed. R. Civ. P. 26(a)(2), are held in abeyance for 30 days, up to and including July 3, 2008.

2. The Plaintiff must make expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2), along with full and complete responses to any and all discovery propounded by the Defendants requesting expert information, within 30 days, on or before July 3, 2008.

3. Thereafter, the Defendants may request an extension of the deadlines pursuant to the Pre-Trial Order, either by stipulation or joint motion with the Plaintiff, or press motions to dismiss, whichever is appropriate. Defendants who have not yet filed motions to dismiss may likewise do so at that time as appropriate.

ENTER: BY ORDER:

Mary M. Lisi June 12, 2008 Barbara Barletta
Lisi, J Clerk

Presented by:

/S/ *MATTHEW D. ROCHELEAU*
Matthew D. Rocheleau #6107
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place Suite 900
Providence, Rhode Island 02903
(401) 274-6644 Fax: 331-9304

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing ORDER were sent electronically via the Court's CM/ECF system to **Aram R. Schefrin, Esquire**, Lovett Schefrin Harnett, 155 South Main Street, Providence, RI 02903; **William F. White, Esquire,** White, Carlin & Kelly, P.C., Westminster Square Building, 155 Westminster Street, 7th Floor, Providence, RI 02903; **Francis A. Connor, III, Esquire**, Taylor, Duane, Barton & Gilman, 10 Dorrance Street, Providence, RI 02903; **Seth E. Bowerman, Esquire**, Bowerman & Taylor Guertin, P.C., One Turks Head Place, Suite 1300, Providence, RI 02903; and **Adi Goldstein, Esquire**, Asst. US Attorney, United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, on this ______ of ____________________, 2008.

/S/ *MATTHEW D. ROCHELEAU*