UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY, Plaintiff | : | |
| v. | : | C.A. No. 07-cv-052-ML |
| UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., alias; THEODORE C. PALUMBO, M.D., alias; THEODORE C. PALUMBO, M.D., INC., alias; UNIVERSITY GASTROENTEROLOGY, INC., alias; ROBERT D. SIDMAN, M.D., alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, alias; and RHODE ISLAND HOSPITAL, alias, Defendants | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANT KEVIN S. PALUMBO, M.D.'S MOTION TO DISMISS**

The Plaintiff, WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY, hereby objects to defendant KEVIN S. PALUMBO, M.D.'s Motion to Dismiss. In support hereof, the Plaintiff relies upon his Memorandum filed herewith.

William J. McSorley,
By His Attorneys,

/s/ ARAM R. SCHEFRIN

Aram R. Schefrin, Esq. (#2166)
LOVETT SCHEFRIN HARNETT
155 South Main Street
Providence, RI 02903
401-863-8870
401-863-8938 (fax)

## CERTIFICATION

I hereby certify that I forwarded a copy of the foregoing Objection to the following counsel of record electronically via the Court's CM/EFC system on this 12th day of June, 2008:

Michael Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place
Suite 900
Providence, RI 02903

Seth Bowerman, Esq.
Bowerman & Taylor Humphrey
One Turks Head Place
Suite 1300
Providence, RI 02903

William White, Esq.
White, Carlin & Kelly
155 Westminster St., 7th Floor
Providence, RI 02903

Richard Myrus, Esq.
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Andrew Coulam, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance Street
Suite 700
Providence, RI 02903

/s/ ARAM R. SCHEFRIN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY | : | |
| VS. | : | C.A. NO.: 07-052ML |
| UNITED STATES OF AMERICA, KEVIN S. PALUMBO, M.D., alias; THEODORE C. PALUMBO, alias; THEODORE C. PALUMBO, M.D., INC., alias; UNIVERSITY GASTROENTEROLOGY, INC., alias; ROBERT D. SIDMAN, M.D., alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, alias; and RHODE ISLAND HOSPITAL, alias | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF OBJECTION TO DEFENDANT KEVIN S. PALUMBO, M.D.'S MOTION TO DISMISS**

The Plaintiff, WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY, objects to Defendant KEVIN S. PALUMBO, M.D.'S Motion to Dismiss Plaintiff's Complaint for failure to name an expert witness in accordance with this Court's Pre-Trial Order. As per this Court's Order generated from a chambers conference attended by counsel for all parties, Plaintiff will make his expert witness disclosure, as required by Rule 26 of the Federal Rules of Civil Procedure by July 3, 2008.

William J. McSorley,
By His Attorneys,

/s/ Aram R. Schefrin

Aram R. Schefrin, Esq. (#2166)
LOVETT SCHEFRIN HARNETT
155 South Main Street
Providence, RI 02903
401-863-8870 401-863-8938 (fax)

**CERTIFICATION**

I do hereby certify that I forwarded a copy of the foregoing Memorandum to the following attorneys of record electronically via the Court's CM/EFC system on this 12th day of June, 2008.

Michael Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place
Suite 900
Providence, RI 02903

Seth Bowerman, Esq.
Bowerman & Taylor Humphrey
One Turks Head Place
Suite 1300
Providence, RI 02903

Richard Myrus, Esq.
U.S. Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02903

William White, Esq.
White, Carlin & Kelly
155 Westminster Street
7th Floor
Providence, RI 02903

Andrew Coulam, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance Street
Suite 700
Providence, RI 02903

/s/ Aram R. Schefrin
______________________________