UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY, Plaintiff | : | |
| | : | C.A. No.: 07-052 ML |
| v. | : | |
| UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., Alias; THEODORE C. PALUMBO, M.D., Alias; THEODORE C. PALUMBO, M.D., INC., Alias; UNIVERSITY GASTROENTEROLOGY, INC., Alias; ROBERT D. SIDMAN, M.D., Alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, Alias; and RHODE ISLAND HOSPITAL, Alias Defendants | : | |

**JOINT STIPULATION AND ORDER**

**WHEREAS,** the Court's Order of June 12, 2008, provides that the Defendants in this matter may request an extension of the deadline pursuant to Pre-Trial Order;

**IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendants, Robert D. Sidman, M.D., Alias, University Emergency Medicine Foundation, Alias and Rhode Island Hospital that the above named defendants shall have until September 15, 2008 to serve its expert disclosures, pursuant to Fed. R. Civ. P. 26.

**SO STIPULATED.**

Jane Wishik, Esq. (#5804)
Lovett Schefrin Harnett
155 South Main Street
Providence, RI 02903
(401) 863-8800

Wendy Taylor. Esq. (#5649)
Bowerman & Taylor Humphrey
One Turks Head Place
Suite 1300
Providence, RI 02903
(401) 277-1300

Dated: June 30, 2008
Enter: Mary M. Lisi
Mary M. Lisi, Chief Judge

Dated: 6/30/08
By Order: Barbara Barletta

## PROOF OF SERVICE

I hereby certify that on this 25 day of June 2008, that the within was served upon **Aram Schefrin, Esquire**, 155 South Main Street, Suite 200, Providence, RI 02903; **Richard B. Myrus, Esq.**, Assistant United States Attorney, United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; **Michael G. Sarli, Esquire,** Gidley Sarli & Marusak, One Turks Head Place, Suite 900 Providence, RI 02903; **William F. White, Esquire,** White, Carlin and Kelly, 155 Westminster Street, 7th Floor, Providence, RI 02903 and **Francis Connor, Esquire**, Taylor Duane Barton & Gilman, 10 Dorrance Street, Providence, RI 02903 at their usual place of business.

D. Bowerman
**BOWERMAN & TAYLOR HUMPHREY**