316648

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY,
Plaintiff,

v.

UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., alias; THEODORE C. PALUMBO, M.D., alias; THEODORE C. PALUMBO, M.D., INC., alias; UNIVERSITY GASTROENTEROLOGY, INC., alias; ROBERT D. SIDMAN, M.D., alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, alias; and RHODE ISLAND HOSPITAL, alias,
Defendants.

C.A. No. 07-052ML

## JOINT STIPULATION AND ORDER

**WHEREAS,** the plaintiff submitted an expert disclosure on June 16, 2008;

**WHEREAS,** the Court's Order of June 12, 2008, provided that the defendants in this case may request an extension of the deadline pursuant to Pre-Trial Order;

**IT IS HEREBY STIPULATED** by and between the plaintiff and defendants, Theodore C. Palumbo, M.D. and Theodore C. Palumbo, M.D., Inc., that Theodore C. Palumbo, M.D. and Theodore C. Palumbo, M.D., Inc., shall have until September 15, 2008 to serve their expert disclosures, pursuant to Fed. R. Civ. P. 26.

**SO STIPULATED.**

The Plaintiff, William J. McSorley, Sr.,
By his Attorney,

Jane K. Wishik (#5804) for

Aram R. Schefrin, Esq.
R.I. Bar. No. 2066
Lovett Schefrin Harnett
155 South Main Street
Providence, RI 02903
(401) 863-8800/(401) 863-8938 - Fax

The Defendants, Theodore C. Palumbo, M.D., and Theodore C. Palumbo, M.D., Inc.
By their attorneys,

Francis A. Connor, III (R.I. Bar No. 4640)
Andrew C. Coulam (R.I. Bar No. 6884)
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171/(401) 273-2904 - Fax

Dated: ____________________ Dated: ____________________

Enter: ____________________ By Order: ____________________
Mary M. Lisi, Chief Judge

## CERTIFICATE OF SERVICE

I, Andrew C. Coulam, attorney for defendant Theodore C. Palumbo, M.D., hereby certify that on the 2 of July 2008, I electronically filed a true and accurate copy of the foregoing:

1. Joint Stipulation and Order

By electronic notice, to:

Aram R. Schefrin, Esq.
aschefrin@comcast.net; jwishik@lovettlaw.com

Willam F. White, Esq.
wwhite@wck-law.com; mquadros@wck-law.com; callard@wck-law.com

Seth E. Bowerman, Esq.
seb@bowermantaylor.com

Michael G. Sarli, Esq.
mgs@gsm-law.com

Richard Myrus, Esq.
richard.Myrus@USDOJ.gov; nancy.a.diquinzio@usdoj.gov; sandra.mascola@usdoj.gov; dulce.donovan@usdoj.gov; linda.mazmanian@usdoj.gov

and by U.S. Mail, postage prepaid, to:

Wendy Taylor, Esq.
One Turks Head Place, Suite 1300
Providence, RI 02903

Warren R. Wolf, Esq.
155 South Main Street
Providence, RI 02903

/s/ Andrew C. Coulam
Andrew C. Coulam