IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 30 2008
Property of U.S. District Court
District of Rhode Island

WILLIAM J. MCSORLEY, SR., INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF CAROLE ANN MCSORLEY,
PLAINTIFF,

v. C.A. NO. 07-052ML

UNITED STATES OF AMERICA, ET AL.,
DEFENDANTS.

**JOINT STIPULATION AND ORDER**

**WHEREAS**, the Plaintiff submitted an expert disclosure on June 16, 2008;

**WHEREAS**, the Court's Order of June 12, 2008, provides that the Defendants in this case may request an extension of the deadline pursuant to Pre-Trial Order;

**IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendant United States that the United States shall have until September 15, 2008 to serve its expert disclosures, pursuant to Fed. R. Civ. P. 26.

**SO STIPULATED.**

Jane K. Wishik

JANE K. WISHIK, ESQ.
LOVETT SCHEFRIN HARNETT
155 South Main Street
Providence, RI 02903
(401) 863-8800

Dated: 7/9/08

RICHARD B. MYRUS
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

Dated: 6-30-08

Enter: Mary M. Lisi
Mary M. Lisi, Chief Judge

By Order: Barbara Barletta