**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# SUBPOENA

| | | |
|---|---|---|
| **WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY** | : | |
| | : | **C.A. NO.: 07-052ML** |
| **V.** | : | |
| **UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., Alias; THEODORE C. PAULUMBO, M.D., Alias; THEODORE C. PALUMBO, M.D., INC., Alias; UNIVERSITY GASTROENTEROLOGY, INC., Alias; ROBERT D. SIDMAN, M.D., Alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, Alias; and RHODE ISLAND HOSPITAL, Alias** | : | |

**TO: Jacqueline Stankevic, 92 Graystone Street, Warwick, RI**

___**YOU ARE HEREBY COMMANDED** to appear in the United States District Court for the District of Rhode Island for the above County on ________________ to testify in the above entitled action [and bring with you: ]

**LOCATION OF COURT** **COURTROOM #**

**DATE** **TIME**

**[X] YOU ARE HEREBY COMMANDED** to appear at the place, date and time specified below to testify at the taking of a deposition in the above entitled action.

**White, Carlin & Kelly, P.C., The Westminster Square Building**
**155 Westminster St., 7th Floor, Providence, RI**
**LOCATION**

**Friday, 1 August 2008** **10:00 a.m.**
**DATE** **TIME**

___**YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below:

LOCATION ROOM #

DATE TIME

**cc: All Counsel of Record**

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. (FEDERAL RULES OF CIVIL PROCEDURE, 30(b)(6)).

/s/ William F. White ______________ 17 July 2008 ______________
**ISSUING OFFICER SIGNATURE** **DATE**

ATTORNEY FOR: ______PLAINTIFF _X_ DEFENDANT

William F. White, Esq. ______ 4271 ______________________
ISSUING OFFICER'S NAME (PRINT/TYPED) REGISTRATION #

155 Westminster Street, 7th Floor, Providence, RI 02903 (401)273-1400
STREET CITY/TOWN STATE ZIP CODE

**PROOF OF SERVICE**

______________________________________________________________
**DATE** **PLACE** **SERVED**

______________________________________________________________
**SERVED ON (PRINT NAME)** **MANNER OF SERVICE**

______________________________________________________________
**SERVED BY (PRINT NAME)** **TITLE**

______________________________________________________________
**DECLARATION OF SERVER**

**I declare under penalty of perjury that the foregoing information contained in the Proof of Service is true and correct.**

**EXECUTED ON______________________________** ______________________________
**DATE** **SIGNATURE OF SERVER**

______________________________
**ADDRESS OF SERVER**

**Subscribed and sworn to before me this _____ day of ___________, 2008.**

______________________________
**Notary Public**
**My Commission Expires:**