UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY,
Plaintiff

v.

UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., Alias; THEODORE C. PALUMBO, M.D., Alias; THEODORE C. PALUMBO, M.D., INC., Alias; UNIVERSITY GASTROENTEROLOGY, INC., Alias; ROBERT D. SIDMAN, M.D., Alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, Alias; and RHODE ISLAND HOSPITAL, Alias
Defendants

C.A. No.: 07-052 ML

# STIPULATION

By agreement of the parties, Defendants, Robert D. Sidman, M.D., University Emergency Medicine Foundation, and Rhode Island Hospital, shall have an additional fourteen (14) days to supplement answers to expert interrogatories propounded on them by the Plaintiffs. Defendants have up to and including September 24, 2008 to disclose experts.

(#5804)
Aram Schefrin, Esq (#2066 )
155 South Main Street
Suite 200
Providence, RI 02903

DATED: 9/11/08

#5649
Seth Bowerman, Esq. (#2604)
One Turks Head Place
Suite 1300
Providence, RI 02903

# PROOF OF SERVICE

I hereby certify that on this 11th day of September 2008, that the within was served upon **Aram Schefrin, Esquire**, 155 South Main Street, Suite 200, Providence, RI 02903; **Richard B. Myrus, Esq.**, Assistant United States Attorney, United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; **Michael G. Sarli, Esquire,** Gidley Sarli & Marusak, One Turks Head Place, Suite 900 Providence, RI 02903; **William F. White, Esquire,** White, Carlin and Kelly, 155 Westminster Street, 7th Floor, Providence, RI 02903 and **Francis Connor, Esquire**, Taylor Duane Barton & Gilman, 10 Dorrance Street, Providence, RI 02903 at their usual place of business.

Rebecca McMaugh

**BOWERMAN & TAYLOR HUMPHREY**