**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **WILLIAM J. MCSORLEY, SR., Individually and as Administrator of the Estate of CAROLE ANN MCSORLEY**<br><br>**V.**<br><br>**UNITED STATES OF AMERICA; KEVIN S. PALUMBO, M.D., Alias; THEODORE C. PAULUMBO, M.D., Alias; THEODORE C. PALUMBO, M.D., INC., Alias; UNIVERSITY GASTROENTEROLOGY, INC., Alias; ROBERT D. SIDMAN, M.D., Alias; UNIVERSITY EMERGENCY MEDICINE FOUNDATION, Alias; and RHODE ISLAND HOSPITAL, Alias** | **C.A. NO.: 07-052ML** |

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and Defendant, University Gastroenterology, that University Gastroenterology shall have up to and through **September 24, 2008** to provide its expert disclosures, pursuant to Fed. R. Civ. P. 26.

Jane K. Wishik, Esq. (#5804)
Lovett Schefrin Harnett
155 South Main Street
Providence, RI 02903
(401) 863-8800/ (401) 863-8938 - fax

Dated: 9/11/08

William F. White, Esq. (#4271)
White, Carlin & Kelly, P.C.
The Westminster Square Building
155 Westminster Street, 7th Floor
Providence, RI 02903
(401) 273-1400/ (401) 273-1177 - fax

Dated: 15 Sep 08

Enter: ______________________
Mary M. Lisi, Chief Justice

By Order: ______________________

**Certification**

I, William F. White, hereby certify that a copy of the within filed through the ECF system, will be sent electronically on 15 September 2008 to:

Aram R. Schefrin, Esq.
Warren R. Wolf, Esq.
Jane V. Kubanick-Wishik, Esq.
Lovett, Schefrin & Harnett
155 South Main Street
Providence, RI 02903

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

Francis A. Connor III, Esq.
Andrew C. Coulam, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance Street, Suite 700
Providence, RI 02903

Seth E. Bowerman, Esq.
Bowerman & Taylor Guertin
One Turks Head Place, Suite 1300
Providence, RI 02903

Richard B. Myrus, Esq.
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence RI 02903

/s/ William F. White

0890.stip.ext.disclosure2