UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR., Individually
And as Administrator of the Estate of
CAROLE ANN MCSORLEY

v. C.A. NO. 07-052ML

UNITED STATES OF AMERICA,
KEVIN S. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., alias,
THEODORE C. PALUMBO, M.D., INC., alias,
UNIVERSITY GASTROENTEROLOGY, INC., alias,
ROBERT D. SIDMAN, M.D., alias,
UNIVERSITY EMERGENCY MEDICINE
FOUNDATION, alias, and RHODE ISLAND
HOSPITAL, alias

**JOINT STIPULATION AND ORDER**

The parties hereby agree and stipulate that the defendant, *KEVIN S. PALUMBO, MD.,* may have up and including September 24, 2008, to serve his expert witness disclosures.

WILLIAM J. McSORLEY, SR., Individually
And as Administrator of the Estate of
CAROLE ANN McSORLEY,
By his attorneys,

/s/ Jane Wishik
Jane Wishik, Esq. #5804
Lovett Schefrin Harnet
155 South Main Street
Providence, RI 02903
Tel: (401) 863-8800
Fax: (401) 863-8938

Date: September 15, 2008

KEVIN S. PALUMBO, MD
By his attorneys,

/s/ Michael G. Sarli
Michael G. Sarli #2719
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place
Suite 900
Providence, Rhode Island 02903
Tel: (401) 274-6644
Fax: (401) 331-9304
Date: September 15, 2008

Enter: ______________________________
Mary M. Lisi, Chief Judge

By Order: ______________________________

**CERTIFICATE OF SERVICE**

Aram R. Schefrin, Esq.
Lovett Schefrin Harnett
155 South Main Street
Providence, RI 02903

William F. White, Esq.
White, Carlin & Kelly, P.C.
155 Westminster Street, 7th Floor
Westminster Square Building
Providence, RI 02903

Francis A. Connor, III, Esq.
Taylor, Duane, Barton & Gilman
10 Dorrance Street
Providence, RI 02903

Seth E. Bowerman, Esq.
Bowerman & Taylor Guertin, P.C.
One Turks Head Place
Suite 1300
Providence, RI 02903

Richard B. Myrus, Esq.
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

I hereby certify that I forwarded a copy of the foregoing document to the above-referenced counsel of record electronically via the Court's CM/ECF system on this 15th day of September, 2008.

/s/ Michael G. Sarli