IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM J. MCSORLEY, SR., INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF CAROLE ANN MCSORLEY, PLAINTIFF,

v.

UNITED STATES OF AMERICA, ET AL., DEFENDANTS.

C.A. NO. 07-052ML

**JOINT STIPULATION**

By agreement between the parties, Defendant United States shall have until September 24, 2008, to identify its expert witness(es) and provide its expert report(s) pursuant to Fed. R. Civ. P. 26.

**SO STIPULATED.**

/s/Jane Wishik
JANE K. WISHIK, ESQ.
LOVETT SCHEFRIN HARNETT
155 South Main Street
Providence, RI 02903
(401) 863-8800

Dated: September 15, 2008

/s/Richard Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

Dated: September 15, 2008